Randall E. Kay (State Bar No. 149369)
rekay@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA  92121.3134
Telephone:    +1.858.314.1200
Facsimile:    +1.844.345.3178

Attorneys for Plaintiff
MICRON TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>                   Plaintiff,<br><br>          v.<br><br>UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10,<br><br>                   Defendants. | **Case No. 3:17-CV-6932-LB**<br><br>**MICRON TECHNOLOGY, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [LOCAL RULE 3-15]** |

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  December 19, 2017                         JONES DAY


                                                  By: _s/ Randall E. Kay_
                                                        Randall E. Kay

                                                  Attorneys for Plaintiff
                                                  MICRON TECHNOLOGY, INC.