1  Randall E. Kay (State Bar No. 149369)
   rekay@jonesday.com
2  JONES DAY
   4655 Executive Drive, Suite 1500
3  San Diego, CA  92121.3134
   Telephone:     +1.858.314.1200
4  Facsimile:     +1.844.345.3178

5  Marcus S. Quintanilla (State Bar No. 205994)
   mquintanilla@jonesday.com
6  JONES DAY
   555 California Street, Suite 2600
7  San Francisco, CA 94104.1501
   Telephone:     +1.415.626.3939
8  Facsimile:     +1.415.875.5700

9  Attorneys for Plaintiff
   MICRON TECHNOLOGY, INC.
10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13

14  MICRON TECHNOLOGY, INC.,                    **Case No. 3:17-CV-6932-LB**

15              Plaintiff,                      **NOTICE OF APPEARANCE**

16       v.                                     Complaint Filed:  December 5, 2017

17  UNITED MICROELECTRONICS
    CORPORATION, FUJIAN JINHUA
18  INTEGRATED CIRCUIT CO., LTD., and
    DOES 1-10,
19
                Defendants.
20

21

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Marcus S. Quintanilla of Jones Day hereby enters his appearance on behalf of Plaintiff Micron Technology, Inc., in the above captioned action. Please update your certificate of service documents and serve copies of all pleadings and other papers on Marcus S. Quintanilla at the following address:

> Marcus S. Quintanilla (State Bar No. 205994)
> mquintanilla@jonesday.com
> JONES DAY
> 555 California Street, Suite 2600
> San Francisco, CA 94104.1501
> Telephone:   +1.415.626.3939
> Facsimile:   +1.415.875.5700

Dated: December 19, 2017                    JONES DAY


By:  *s/ Marcus S. Quintanilla*
     Randall E. Kay
     Marcus S. Quintanilla

Attorneys for Plaintiff
MICRON TECHNOLOGY, INC.