# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10, <br><br> Defendants. | Case No. 3:17-CV-6932-LB <br><br> **CERTIFICATE OF SERVICE** |

I, Felicia Reloba, declare as follows:

I am over the age of eighteen and not a party to the within-entitled action. My business address is 450 Golden Gate Avenue, Courtroom C - 15th Floor, San Francisco, CA 94102.

On December 21, 2017, I served a true and correct copy of the following documents together with certified Traditional Chinese translations thereof:

1. Summons Issued as to United Microelectronics Corporation and Fujian Jinhua Integrated Circuit Co., Ltd. (Dkt. 6);
2. Plaintiff Micron Technology, Inc.'s Complaint and Exhibits 1 and 2 thereof (Dkts. 1, 1-1, 1-2);
3. Civil Cover Sheet to Micron Technology, Inc.'s Complaint;
4. Notice of Assignment of Case to A United States Magistrate Judge for Trial and Accompanying Consent Form;
5. Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. 5);
6. Procedures for Telephone Appearances before Magistrate Judge Laurel Beeler;
7. ECF Registration Information;
8. Standing Order for United States Magistrate Judge Laurel Beeler;
9. Standing Order for All Judges of The Northern District of California;

10. Micron Technology, Inc.'s Consent to Magistrate Judge Jurisdiction (Dkt. 7); and

11. Micron Technology, Inc.'s Certification of Interested Entities or Persons (Dkt. 8);

☑ by placing the document(s) listed above in a sealed FedEx envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Delivery Service agent for international priority delivery (Tracking No. 771066101439) to the address below:

> United Microelectronics Corporation
> Attn: Jason S. Wang, President
> No. 3, Li-Hsin 2nd Road
> Hsinchu Science Park
> Hsinchu, 30078 Taiwan

A true and correct copy of the air bill is attached hereto as Exhibit A. The selected method of delivery requires a signed receipt.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 21, 2017, in San Francisco, California.

SUSAN Y. SOONG
By: _____
Felicia Reloba, Clerk of the Court

NAI-1503290867v3

# EXHIBIT A



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.
Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.



| Document description | Legal Documents |
|---|---|
| Shipment purpose | Commercial |
| Total customs value | 40  US Dollars |

Currency Converter

☐ Include a return label

**Please note:**
- Click the Ship button only once. Expect some delay due to transmission time. Do not click Stop or Reload; it may cause a duplicate shipment transaction to occur.
- By clicking the Ship/Continue button, you agree to the FedEx Ship Manager at fedex.com Terms of Use and the FedEx terms of shipping in the applicable FedEx Service Guide and the Shipper's Terms and Conditions for FedEx Express international shipments.
- By clicking the Ship/Continue button, you agree that this shipment does not contain undeclared Dangerous Goods. If you are uncertain of whether your shipment contains Dangerous Goods, see the Help for more information.
- Results provided by FedEx Address Checker are believed to be reliable, but are not guaranteed.
- FedEx makes no warranties, express or implied, regarding Address Checker information.
- Correct completion of shipping documents is the responsibility of the customer.
- If the delivery address is later identified as residential, you could receive a residential surcharge.

**OUR COMPANY**

About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**

FedEx Compatible
Developer Resource Center
FedEx Cross Border

**LANGUAGE**

Change Country

English

**FOLLOW FEDEX**

© FedEx 1995-2017

Feedback  |  Site Map  |  Terms of Use  |  Security & Privacy

Ask FedEx