**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICRON TECHNOLOGY, INC., | **Case No. 3:17-CV-6932-LB** |
| Plaintiff, | **CERTIFICATE OF TRANSMISSION** |
| v. | **FOR SERVICE ON FUJIAN JINHUA** |
| UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10, | **INTEGRATED CIRCUIT CO., LTD.** |
| Defendants. | |

I, _HILARY JACKSON_ , declare as follows:

I am over the age of eighteen and not a party to the within-entitled action.  My business address is 450 Golden Gate Avenue, Courtroom C - 15th Floor, San Francisco, CA 94102.

On January 10, 2018, I transmitted two true and correct copies of the following documents together with certified Simplified Chinese translations thereof:

1. Request for Service Abroad of Judicial or Extrajudicial Documents under the Hague Service Convention (English version only);

2. Summons Issued as to United Microelectronics Corporation and Fujian Jinhua Integrated Circuit Co., Ltd. (Dkt. 6);

3. Plaintiff Micron Technology, Inc.'s Complaint and Exhibits 1 and 2 thereof (Dkts. 1, 1-1, 1-2);

4. Civil Cover Sheet to Micron Technology, Inc.'s Complaint;

5. Notice of Assignment of Case to A United States Magistrate Judge for Trial and Accompanying Consent Form;

6. Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. 5);

7. Procedures for Telephone Appearances before Magistrate Judge Laurel Beeler;

8. ECF Registration Information;

9. Standing Order for United States Magistrate Judge Laurel Beeler;

1

10. Standing Order for All Judges of The Northern District of California;

2

11. Micron Technology, Inc.'s Consent to Magistrate Judge Jurisdiction (Dkt. 7); and

3

12. Micron Technology, Inc.'s Certification of Interested Entities or Persons (Dkt. 8);

4

5

☑ by placing the document(s) listed above, along with a USB memory device storing an

6

electronic copy of each document listed in items No. 1-12 and a cashier's check of USD $95

7

payable to the Supreme People's Court of China, in a sealed FedEx envelope and affixing a pre-

8

paid air bill, and causing the envelope to be delivered to a Delivery Service agent for international

9

priority delivery (Tracking No. 7711 8894 2769) to the Chinese Central Authority designated for

10

service under the Hague Service Convention at the address below:

11

Ministry of Justice
International Legal Cooperation Center (ILCC)

12

6, Chaoyangmen Nandajie
Chaoyang District

13

BEIJING, P.C. 100020
People's Republic of China

14

15

The Request for Service Abroad of Judicial or Extrajudicial Documents (Item No. 1, supra)

16

requests the Chinese Central Authority, pursuant to the Hague Service Convention, to forward the

17

above-listed documents to:

18

Fujian Jinhua Integrated Circuit Co. Ltd.
No. 88 Lianhua Avenue, Integrated Circuit Science Park

19

Quanzhou/Jinjiang, Fujian, 36220 China

20

A true and correct copy of the air bill is attached hereto as Exhibit A.

21

I declare under penalty of perjury under the laws of the United States that the foregoing is

22

true and correct.

23

Executed on January 10, 2018, in San Francisco, California.

24

25

26

By: _____
Clerk of the Court

27

28

NAI-1503329817v3

2

3:17-CV-6932-LB
CERTIFICATE OF TRANSMISSION

# Exhibit A



After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of this CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

**FedEx**

Shipping ⌄   Tracking ⌄   Printing Services ⌄   Locations ⌄   Support ⌄

\* Denotes required field.

Preferences | Clear all fields

## My Shipment Profiles          ⓘ Help  ⊟ Hide

My shipment profiles (formerly Fast Ship)    [Select ▾]

Ship

## 1. From          ⓘ Help  ⊟ Hide

| | |
|---|---|
| Saved senders | Felicia Brown, Clerk of Court ▾ |
| \* Country/Location | United States ▾ |
| Company | US District Court Clerk |
| \* Contact name | Felicia Brown, Clerk of Court |
| \* Address 1 | 450 Golden Gate Avenue |
| Address 2 | Courtroom C - 15th Floor |
| \* ZIP | 94102 |
| \* City | San Francisco |
| \* State | California ▾ |
| \* Phone no. | 4155222063    ext. |

☐ Save as my default address
☐ Save new sender in address book
☐ Save changes in address book

## 2. To          ⓘ Help  ⊟ Hide

| | |
|---|---|
| \* Country/Location | China ▾ |
| Company | Ministry of Justice |
| \* Contact name | International Legal Cooperation Cer |
| \* Address 1 | 6, Chaoyangmen Nandajie |
| Address 2 | Chaoyang District  ( PR of China ) |
| \* Postal code | 100020   Postal code Information |
| \* City | BEIJING |
| \* Phone no. | 4155222063    ext. |
| Recipient tax ID | |

☐ This is a residential address ⓘ
☐ Save new recipient in address book
☐ Save changes in address book
Check Government List of Unacceptable Trading Partners

## 4. Billing Details          ⓘ Help  ⊟ Hide

| | |
|---|---|
| \* Bill transportation to | JDMailroomSF-681 ▾ |
| \* Bill duties/taxes/fees to | JDMailroomSF-681 ▾ |
| Your reference | JP615099, 022030-680004 |

⊞ More reference fields          Add an account

## Special Services (optional)          ⓘ Help  ⊟ Hide

**FedEx InSight® Options**
☐ Block shipment data
    (will prohibit the recipient and third party payer from viewing information about this shipment)
☐ Shipment contents ⊞
    (shipment level data for InSight customers only)
☐ Hold at FedEx location ⊞

## Pickup/Drop-off (optional)          ⓘ Help  ⊟ Hide

ⓘ **Alert:**
FedEx Express®, FedEx Express® Freight and FedEx Ground® pickups must be scheduled separately.

○ Schedule a pickup
○ Drop off package at a FedEx location
◉ Use an already scheduled pickup at my location

## Shipment Notifications (optional)          ⓘ Help  ⊟ Hide

Notify Sender via:
◉ Email (HTML)
○ Email (Plain Text)
Sender Email
davis@jonesday.co ✕
[English ▾]

Notify Recipient via:
◉ Email (HTML)
○ Email (Plain Text)
Recipient Email
[Select ▾]
⊟ Add additional recipients

Notify Other 1 via:
◉ Email (HTML)
○ Email (Plain Text)

**Notification type**

Sender:
☑ Ship
☐ Tendered
☐ Exception
☐ Estimated Delivery
☐ Delivery

Recipient:
☐ Ship
☐ Tendered
☐ Exception
☐ Estimated Delivery
☐ Delivery

Other:
☐ Ship
☐ Tendered
☐ Exception