Daniel Johnson Jr. (No. 57409)
Sean P. DeBruine (No. 168071)
Mario Moore (No. 231644)
Robert G. Litts (No. 205984)
DAN JOHNSON LAW GROUP, LLP
400 Oyster Point Blvd., Suite 321
South San Francisco, CA 94080
Telephone:    (415) 604-4500
dan@danjohnsonlawgroup.com
sean@danjohnsonlawgroup.com
mario@danjohnsonlawgroup.com
robert@danjohnsonlawgroup.com

Attorneys for Defendants
UNITED MICROELECTRONICS CORPORATION
and FUJIAN JINHUA INTEGRATED CIRCUIT
CO., LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10,<br>　　　　　Defendants. | Case No. 3:17-CV-06932-LB<br><br>**NOTICE OF APPEARANCE**<br><br>Complaint Filed:  December 5, 2017 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mario Moore of Dan Johnson Law Group hereby enters his appearance on behalf of Defendant United Microelectronics Corporation in the above captioned action. Please serve copies of all pleadings and other papers on Mario Moore at the following address:

    Mario Moore (State Bar No. 231644)
    mario@danjohnsonlawgroup.com
    DAN JOHNSON LAW GROUP
    400 Oyster Point Blvd., Suite 321
    South San Francisco, CA 94080
    Telephone: 1 (415) 604-4500

                                        DAN JOHNSON LAW GROUP

DATED:     January 16, 2018

                                  By:  */s/ Mario Moore*

                                         Mario Moore

                                         Attorney for Defendant
                                         UNITED MICROELECTRONICS
                                         CORPORATION