Daniel Johnson Jr. (No. 57409)
Sean P. DeBruine (No. 168071)
Mario Moore (No. 231644)
Robert G. Litts (No. 205984)
DAN JOHNSON LAW GROUP, LLP
400 Oyster Point Blvd., Suite 321
South San Francisco, CA 94080
Telephone:   (415) 604-4500
dan@danjohnsonlawgroup.com
sean@danjohnsonlawgroup.com
mario@danjohnsonlawgroup.com
robert@danjohnsonlawgroup.com

Attorneys for Defendants
UNITED MICROELECTRONICS CORPORATION
and FUJIAN JINHUA INTEGRATED CIRCUIT
CO., LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10,<br><br>   Defendants. | Case No. 3:17-CV-06932-LB<br><br>**NOTICE OF APPEARANCE**<br><br>Complaint Filed:  December 5, 2017 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Sean P. DeBruine of Dan Johnson Law Group hereby enters his appearance on behalf of Defendant United Microelectronics Corporation in the above captioned action.  Please serve copies of all pleadings and other papers on Sean P. DeBruine at the following address:

> Sean P. DeBruine (State Bar No. 168071)
> sean@danjohnsonlawgroup.com
> DAN JOHNSON LAW GROUP
> 400 Oyster Point Blvd., Suite 321
> South San Francisco, CA 94080
> Telephone: 1 (415) 604-4500
> Facsimile: 1 (415) 604-4438

DAN JOHNSON LAW GROUP

DATED:   January 16, 2018

By: */s/ Sean P. DeBruine*
Sean P. DeBruine

Attorney for Defendant
UNITED MICROELECTRONICS CORPORATION