1  Daniel Johnson Jr. (No. 57409)
   Sean P. DeBruine (No. 168071)
2  Mario Moore (No. 231644)
   Robert G. Litts (No. 205984)
3  DAN JOHNSON LAW GROUP, LLP
   400 Oyster Point Blvd., Suite 321
4  South San Francisco, CA 94080
   Telephone:      (415) 604-4500
5  dan@danjohnsonlawgroup.com
   sean@danjohnsonlawgroup.com
6  mario@danjohnsonlawgroup.com
   robert@danjohnsonlawgroup.com
7
   Attorneys for Defendants
8  UNITED MICROELECTRONICS CORPORATION
   and FUJIAN JINHUA INTEGRATED CIRCUIT
9  CO., LTD.

10

11              **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| MICRON TECHNOLOGY, INC., | Case No. 3:17-CV-06932-LB |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10, | Complaint Filed:  December 5, 2017 |
| Defendants. | |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Robert G. Litts of Dan Johnson Law Group hereby enters his appearance on behalf of Defendant United Microelectronics Corporation in the above captioned action.  Please serve copies of all pleadings and other papers on Robert G. Litts at the following address:

> Robert G. Litts (State Bar No. 205984)
> robert@danjohnsonlawgroup.com
> DAN JOHNSON LAW GROUP
> 400 Oyster Point Blvd., Suite 321
> South San Francisco, CA 94080
> Telephone: 1 (415) 604-4500

DAN JOHNSON LAW GROUP

DATED:        January 16, 2018

By: */s/ Robert G. Litts*

Robert G. Litts

Attorney for Defendant
UNITED MICROELECTRONICS
CORPORATION