Daniel Johnson Jr. (Bar No. 57409)
Sean P. DeBruine (Bar No. 168071)
Mario Moore (Bar No. 231644)
Robert G. Litts (Bar No. 205984)
DAN JOHNSON LAW GROUP, LLP
400 Oyster Point Blvd., Suite 321
South San Francisco, CA 94080
Telephone: (415) 604-4500
Facsimile: (415) 604-4438
dan@danjohnsonlawgroup.com
sean@danjohnsonlawgroup.com
mario@danjohnsonlawgroup.com
robert@danjohnsonlawgroup.com

*Attorneys for Defendant*
UNITED MICROELECTRONICS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10<br><br>Defendants. | Case No. 3:17-CV-6932-LB<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-1(a), Defendant United Microelectronics Corporation ("UMC") and Plaintiff Micron Technology, Inc. ("Micron"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, UMC has until January 16, 2018, to answer or respond to Micron's Complaint;

WHEREAS, UMC has requested, and Micron has consented to, an extension of 30 days for UMC to answer or respond to Micron's Complaint;

WHEREAS, UMC has agreed to waive any objections to the method of service of Micron's Complaint; and

WHEREAS, an extension of 30 days for UMC to answer or respond to Micron's Complaint will not alter the date of any event or deadline already fixed by Court order;

THEREFORE, IT IS HEREBY STIPULATED by and between UMC and Micron, through their respective counsel, that UMC shall answer or otherwise respond to Micron's Complaint on or before February 15, 2018.

DATED: January 16, 2018         DAN JOHNSON LAW GROUP, LLP


By:  /s/ Daniel Johnson, Jr.
Daniel Johnson, Jr.
*Attorneys for Defendant*
UNITED MICROELECTRONICS CORPORATION


DATED: January 16, 2018         JONES DAY


By:  *Randall E Kay* (signature)
Randall E. Kay
*Attorneys for Plaintiff*
MICRON TECHNOLOGY, INC.

-1-

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT                           Case No. 3:17-CV-6932-LB