1  Daniel Johnson Jr. (Bar No. 57409)
   Sean P. DeBruine (Bar No. 168071)
2  Mario Moore (Bar No. 231644)
   Robert G. Litts (Bar No. 205984)
3  DAN JOHNSON LAW GROUP, LLP
   400 Oyster Point Blvd., Suite 321
4  South San Francisco, CA 94080
   Telephone: (415) 604-4500
5  dan@danjohnsonlawgroup.com
   sean@danjohnsonlawgroup.com
6  mario@danjohnsonlawgroup.com
   robert@danjohnsonlawgroup.com
7
   *Attorneys for Defendant*
8  UNITED MICROELECTRONICS CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MICRON TECHNOLOGY, INC., | Case No. 4:17-CV-6932-JSW |
| Plaintiff, | |
| v. | DECLARATION OF JENNIFER WANG IN SUPPORT OF DEFENDANT UNITED MICROELECTRONICS CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION |
| UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10 | |
| Defendants. | Judge: Hon. Jeffrey S. White<br>Courtroom: 5, 2nd Floor<br>Hearing date (preliminary): March 23, 2018<br>Hearing time (preliminary): 9:00 a.m. |

I, Jennifer Wang, declare as follows:

1. I have been an employee in the Human Resources Department at United Microelectronics Corporation ("UMC") in Hsinchu Science Park, Hsinchu, Taiwan since 1998.

2. In October 2016, I was a recruiting manager in UMC's recruiting department. In October 2016, I was tasked with the responsibility for reviewing resumes received from job applicants who attended the Chinese American Semiconductor Professional Association ("CASPA") job fair referred to in the Complaint at paragraphs 17, 35, and 36. I handled all resumes received by either UMC or Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") from job applicants who attended the CASPA job fair.

3. The CASPA job fair was focused on attracting Chinese-speaking engineers having prior experience with dynamic random-access memory ("DRAM") or semiconductors, and was not focused on attracting individuals who were employed by any specific company.

4. Neither UMC nor Jinhua received any resumes from attendees of the CASPA job fair who were employed by either Micron Technology, Inc. ("Micron") or Micron Memory Taiwan Co., Ltd. ("MMT"). I am unaware of any Micron or MMT employees having attended the CASPA job fair.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 6th day of February, 2018, in Hsinchu, Taiwan.

_____
Jennifer Wang

-1-
DECLARATION OF JENNIFER WANG IN SUPPORT OF
UMC'S MOTION TO DISMISS                    Case No. 4:17-CV-6932-JSW