UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Micron Technology, Inc.,<br><br>Plaintiff(s)<br><br>v.<br><br>United Microelectronics Corporation, et al.,<br><br>Defendant(s) | Case No. C 4:17-cv-06932-JSW<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 2/15/18        Signed: _____
                                              Party

Date: 2-21-18        Signed: Randall E Kay
                                              Attorney

Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 11-2016

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 21, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Executed on February 21, 2018, at San Diego, California.

 *s/ Randall E. Kay*
Randall E. Kay
rekay@jonesday.com