UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br><br> Plaintiff(s) <br><br> v. <br><br> UNITED MICROELECTRONICS CORP. <br><br> Defendant(s) | CASE No C 17-06932-JSW <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
   JAMS Mediation

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline:  Defendant proposes 30 days after ruling on motion to dismiss

Date:   February 23, 2018

*Randall E. Kay* (signature)
Randall E. Kay
Attorney for Plaintiff

Date: 02/22/2018

(signature)
Attorney for Defendant

☐ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:

U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 23, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Executed on February 23, 2018, at San Diego, California.

          *s/ Randall E. Kay*
          Randall E. Kay
          rekay@jonesday.com