UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED MICROELECTRONICS CORPORATION, and FUJIAN JINHUA INTEGRATED CIRCUIT CO., Ltd.<br><br>    Defendants. | Case No. 17-cv-06932-JSW<br><br>**ORDER DENYING STIPULATION REGARDING ADR WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 35 |

Plaintiff and Defendant United Microelectronics Corporation submitted a stipulation and proposed order selecting an ADR process.[1] However, they apparently do not agree upon the proposed deadline by which to complete ADR. United Microelectronics proposes a deadline 30 days after a ruling on its pending motions to dismiss. It is not clear that Plaintiff has agreed to that deadline. This potential dispute also appears relevant to a request to continue the case management conference. United Microelectronics initially submitted that request to the Court in a letter brief. Because the Court only permits letter briefs for discovery disputes, United Microelectronics has been directed to re-file that request in a proper format.

The Court DENIES the stipulation regarding ADR without prejudice. If the parties cannot agree on a deadline by which private mediation should occur, they shall submit a renewed stipulation and shall set forth their respective positions on a deadline by no later than March 2, 2018. If the parties do agree on a deadline, they shall submit a stipulation and proposed order that

---

[1] Defendant Fujian Jinhua Integrated Circuit Co., Ltd. has not yet appeared. It is not clear whether Plaintiff has served Fujian Jinhua with the complaint, and it is not a party to this stipulation.

1  clearly reflects that agreement by March 2, 2018.

2  **IT IS SO ORDERED.**

3  Dated: February 23, 2018

4  _____

5  JEFFREY S. WHITE
   United States District Judge