United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION, et al.,<br><br>Defendants. | Case No. 17-cv-06932-JSW<br><br>**ORDER GRANTING, IN PART, AND DENYING, IN PART, MOTION FOR RELIEF FROM CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 36 |

Now before the Court for consideration is the motion for relief from case management order, filed by Defendant United Microelectronics Corporation ("UMC"). The Court has considered UMC's motion and Plaintiff's opposition thereto. The other defendant in this matter, Fujian Jinhua Integrated Circuit Co., Ltd. ("Fujian") has not yet been served and has not appeared.

UMC has filed a motion to dismiss and a motion to stay discovery, both of which are set for hearing on March 23, 2018. The case management conference is scheduled for March 9, 2018. UMC asks the Court to vacate the case management conference and stay all deadlines related to that conference until after it resolves UMC's motions *and* until after Fujian has been served an appears. Plaintiff argues that UMC's motion is improper, because it effectively seeks the substantive relief of a stay of this action and that the motions to dismiss and to stay will be resolved by March 23, 2018. As to the latter argument, the Court reminds counsel that this is not the only case on its docket.

The Court finds good cause to grant UMC's request, part. The Court is not inclined to stay a case management conference until Fujian is served, and it will address the need to adjust any deadlines once Fujian has appeared. However, the Court will continue the case management conference in order to give it time to resolve the pending motion to dismiss, which may narrow the

1  scope of this case.

2       Accordingly, the Court CONTINUES the case management conference from March 9,
3  2018 to April 27, 2018.  UMC and Plaintiff shall file a case management statement by April 20,
4  2018.

5       **IT IS SO ORDERED.**

6  Dated: February 28, 2018

7  _____
8  JEFFREY S. WHITE
   United States District Judge