United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED MICROELECTRONICS CORPORATION, et al.,<br><br>    Defendants. | Case No.  4:17-cv-06932-JSW<br><br>**CLERK'S NOTICE CONTINUING HEARING ON MOTION TO DISMISS AND MOTION TO STAY**<br><br>Re: Dkt. Nos. 27, 30 |

YOU ARE HEREBY NOTIFIED that on **April 6, 2018 at 9:00 A.M**., in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, the HONORABLE JEFFREY S. WHITE will conduct the Motion to Dismiss (doc. 27) and Motion to Stay (doc. 30) previously noticed for March 23, 2018, in this matter.

Dated: March 12, 2018

Susan Y. Soong
Clerk, United States District Court

By: _____
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
510-637-3541