UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED MICROELECTRONICS CORPORATION, et al., <br><br> Defendants. | Case No.  17-cv-06932-JSW <br><br> **CLERK'S NOTICE VACATING APRIL 6, 2018 HEARING** |

YOU ARE HEREBY NOTIFIED that the hearing on April 6, 2018 re Motion to Dismiss is vacated.  The Court will issue a written ruling.

Dated: April 2, 2018

    Susan Y. Soong
    Clerk, United States District Court

    By: _____
    Doug Merry, Deputy Clerk to the
    Honorable JEFFREY S. WHITE