| | |
|---|---|
| 1 | Randall E. Kay (State Bar No. 149369) |
| | rekay@jonesday.com |
| 2 | JONES DAY |
| | 4655 Executive Drive, Suite 1500 |
| 3 | San Diego, CA  92121.3134 |
| | Telephone:     +1.858.314.1200 |
| 4 | Facsimile:      +1.844.345.3178 |
| 5 | Patrick T. Michael (State Bar No. 169745) |
| | pmichael@jonesday.com |
| 6 | Marcus S. Quintanilla (State Bar No. 205994) |
| | mquintanilla@jonesday.com |
| 7 | JONES DAY |
| | 555 California Street, Suite 2600 |
| 8 | San Francisco, CA 94104.1501 |
| | Telephone:     +1.415.626.3939 |
| 9 | Facsimile:      +1.415.875.5700 |
| 10 | Attorneys for Plaintiff |
| | MICRON TECHNOLOGY, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICRON TECHNOLOGY, INC., | **Case No. 4:17-CV-06932-JSW** |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF PATRICK T. MICHAEL AS COUNSEL FOR PLAINTIFF MICRON TECHNOLOGY, INC.** |
| UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10, | |
| Defendants. | Complaint Filed:  December 5, 2017 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Patrick T. Michael of Jones Day hereby enters his appearance as counsel of record on behalf of Plaintiff Micron Technology, Inc. ("Micron"), in the above-captioned matter. He is admitted to practice in the State of California and before this Court.

Micron hereby requests that all notices given or required to be given and all papers filed or served or required to be served in the above-captioned matter be directed and served upon counsel at the address below:

Patrick T. Michael
JONES DAY
555 California Street, 26th floor
San Francisco, CA  94104
Telephone No.: (415) 875-5893
E-Mail: pmichael@jonesday.com

Dated: April 13, 2018

Respectfully submitted,

JONES DAY

By: */s/ Patrick T. Michael*
    Patrick T. Michael

Attorneys for Plaintiff
MICRON TECHNOLOGY, INC.

NAI-1503604643v1