Daniel Johnson Jr. (Bar No. 57409)
Mario Moore (Bar No. 231644)
Robert G. Litts (Bar No. 205984)
DAN JOHNSON LAW GROUP, LLP
400 Oyster Point Blvd., Suite 321
South San Francisco, CA 94080
Telephone: (415) 604-4500
dan@danjohnsonlawgroup.com
mario@danjohnsonlawgroup.com
robert@danjohnsonlawgroup.com

Attorneys for Defendant
UNITED MICROELECTRONICS CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10 <br><br> Defendants. | Case No. 4:17-CV-6932-JSW <br><br> DEFENDANT UNITED MICROELECTRONICS CORP.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-15) <br><br> Judge: Hon. Jeffrey S. White <br> Courtroom: 5, 2nd Floor |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: April 19, 2018                              DAN JOHNSON LAW GROUP, LLP


                                                   By:  /s/ *Daniel Johnson Jr.*
                                                        Daniel Johnson, Jr.

                                                        *Attorneys for Defendant*
                                                        UNITED MICROELECTRONICS

---

UMC'S CIVIL L.R. 3-15 CERTIFICATION                              Case No. 4:17-CV-6932-JSW