United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED MICROELECTRONICS CORPORATION, et al.,<br><br>  Defendants. | Case No.  4:17-cv-06932-JSW<br><br>**CLERK'S NOTICE VACATING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 39 |

YOU ARE HEREBY NOTIFIED that the Initial Case Management Conference scheduled for April 27, 2018 at 11:00 A.M., in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, before the HONORABLE JEFFREY S. WHITE is vacated and will be reset by the Court, if necessary.

Dated: April 20, 2018

Susan Y. Soong
Clerk, United States District Court

By: _____
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
510-637-3541