1  Daniel Johnson Jr. (Bar No. 57409)
Mario Moore (Bar No. 231644)
2  Robert G. Litts (Bar No. 205984)
DAN JOHNSON LAW GROUP, LLP
3  400 Oyster Point Blvd., Suite 321
South San Francisco, CA 94080
4  Telephone: (415) 604-4500
dan@danjohnsonlawgroup.com
5  mario@danjohnsonlawgroup.com
robert@danjohnsonlawgroup.com
6
Attorneys for Defendant
7  UNITED MICROELECTRONICS CORPORATION

8

**IN THE UNITED STATES DISTRICT COURT**
9
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10
**OAKLAND DIVISION**
11

12  MICRON TECHNOLOGY, INC.,

13        Plaintiff,

14        v.

15  UNITED MICROELECTRONICS
CORPORATION, FUJIAN JINHUA
16  INTEGRATED CIRCUIT CO., LTD., and
DOES 1-10
17
        Defendants.
18

19

20

21

22

23

24

25

26

27

28

Case No. 4:17-CV-6932-JSW

**NOTICE OF CHANGE IN COUNSEL**

Judge:  Hon. Jeffrey S. White
Courtroom: 5, 2nd Floor

---

NOTICE OF CHANGE IN COUNSEL                    Case No. 4:17-CV-6932-JSW

**NOTICE OF CHANGE IN COUNSEL**

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Sean P. DeBruine, listed as one of the counsel for

defendant United Microelectronics Corporation in this action, is no longer serving as one of the

counsel in this action. Counsel of record for UMC will otherwise remain the same.

Respectfully submitted,


Dated:  May 3, 2018                    DAN JOHNSON LAW GROUP LLP

                                         /s/ *Daniel Johnson Jr.*
                                       Daniel Johnson, Jr.

                                       *Attorneys for Defendant*
                                       UNITED MICROELECTRONICS
                                       CORPORATION