| | |
|---|---|
| 1 | Randall E. Kay (State Bar No. 149369) |
| | rekay@jonesday.com |
| 2 | Douglas L. Clark (State Bar No. 279408) |
| | dlclark@jonesday.com |
| 3 | JONES DAY |
| | 4655 Executive Drive, Suite 1500 |
| 4 | San Diego, CA  92121.3134 |
| | Telephone:    +1.858.314.1200 |
| 5 | Facsimile:     +1.844.345.3178 |
| 6 | Patrick T. Michael (State Bar No. 169745) |
| | pmichael@jonesday.com |
| 7 | Marcus S. Quintanilla (State Bar No. 205994) |
| | mquintanilla@jonesday.com |
| 8 | JONES DAY |
| | 555 California Street, Suite 2600 |
| 9 | San Francisco, CA 94104.1501 |
| | Telephone:    +1.415.626.3939 |
| 10 | Facsimile:     +1.415.875.5700 |
| 11 | Attorneys for Plaintiff |
| | MICRON TECHNOLOGY, INC. |
| 12 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICRON TECHNOLOGY, INC., | | **Case No. 4:17-CV-06932-JSW** |
| | Plaintiff, | |
| | v. | **NOTICE OF APPEARANCE OF DOUGLAS L. CLARK AS COUNSEL FOR PLAINTIFF MICRON TECHNOLOGY, INC.** |
| UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10, | | |
| | | Complaint Filed:  December 5, 2017 |
| | Defendants. | |

1   **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2   **PLEASE TAKE NOTICE** that Douglas L. Clark of Jones Day hereby enters his

3   appearance as counsel of record on behalf of Plaintiff Micron Technology, Inc. ("Micron"), in the

4   above-captioned matter. He is admitted to practice in the State of California and before this Court.

5   Micron hereby requests that all notices given or required to be given and all papers filed or

6   served or required to be served in the above-captioned matter be directed and served upon counsel

7   at the address below:

8   Douglas L. Clark
    JONES DAY
9   4655 Executive Drive, Suite 1500
    San Diego, CA 92121
10  Telephone No.: (858) 314-1200
    E-Mail: dlclark@jonesday.com

12  Dated: June 11, 2018                    Respectfully submitted,

13                                          JONES DAY

15                                          By:  /s/ Douglas L. Clark
                                                 Douglas L. Clark

17                                          Attorneys for Plaintiff
                                            MICRON TECHNOLOGY, INC.