JARED BOBROW (STATE BAR NO. 133712)
jbobrow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:	+1 650 614 7400
Facsimile:	+1 650 614 7401

Attorneys for Plaintiff
MICRON TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10,<br><br>Defendants. | Case No. 4:17-cv-06932-JSW<br><br>**NOTICE OF APPEARANCE OF JARED BOBROW AS COUNSEL FOR PLAINTIFF MICRON TECHNOLOGY, INC.**<br><br>Judge:  Hon. Jeffrey S. White<br>Courtroom:  5, 2nd Floor |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

NOTICE OF APPEARANCE
4:17-CV-06932-JSW

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jared Bobrow of Orrick, Herrington & Sutcliffe LLP hereby enters his appearance as counsel of record on behalf of Plaintiff Micron Technology, Inc. ("Micron"), in the above-captioned matter. He is admitted to practice in the State of California and before this Court.

Micron hereby requests that all notices given or required to be given and all papers filed or served or required to be served in the above-captioned matter be directed and served upon counsel at the address below:

> Jared Bobrow
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> 1000 Marsh Road
> Menlo Park, CA 94025
> Telephone: (650) 614-7400
> email: jbobrow@orrick.com

Dated: June 13, 2018

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Jared Bobrow_____
JARED BOBROW
Attorneys for Plaintiff
MICRON TECHNOLOGY, INC.