1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br> Plaintiff, <br> v. <br><br> UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10, <br> Defendants. | Case No.: 4:17-CV-06932-MMC <br><br> [~~PROPOSED~~] **ORDER OF HEARING DATE FOR DEFENDANT UNITED MICROELECTRONICS CORPORATION'S MOTION TO DISMISS** <br><br> Date: September 21, 2018 <br> Time: 9:00 a.m. <br> Courtroom 7 – 19th Fl. <br> Judge: Hon. Maxine M. Chesney |

1  In consideration of the Joint Notice and Stipulation of Hearing Date for Defendant United
2  Microelectronics Corporation's Motion to Dismiss, by and between Plaintiff Micron Technology,
3  Inc. and Defendant United Microelectronics Corporation, and good cause having been shown,
4  IT IS HEREBY ORDERED THAT the hearing date for UMC's Motion to Dismiss be set
5  for September 21, 2018, at 9:00 a.m.

7  Dated:  June 18, 2018

By: *Maxine M. Chesney* (signature)
United States District Judge
The Hon. Maxine M. Chesney