1   Randall E. Kay (State Bar No. 149369)
    rekay@jonesday.com
2   Douglas L. Clark (State Bar No. 279408)
    dlclark@jonesday.com
3   JONES DAY
    4655 Executive Drive, Suite 1500
4   San Diego, CA  92121.3134
    Telephone:     +1.858.314.1200
5   Facsimile:     +1.844.345.3178

6   Patrick T. Michael (State Bar No. 169745)
    pmichael@jonesday.com
7   Marcus S. Quintanilla (State Bar No. 205994)
    mquintanilla@jonesday.com
8   JONES DAY
    555 California Street, Suite 2600
9   San Francisco, CA  94104.1501
    Telephone:     +1.415.626.3939
10  Facsimile:     +1.415.875.5700
    *Attorneys for Plaintiff*
11  *MICRON TECHNOLOGY, INC.*

Daniel Johnson Jr. (Bar No. 57409)
Mario Moore (Bar No. 231644)
Robert G. Litts (Bar No. 205984)
DAN JOHNSON LAW GROUP, LLP
400 Oyster Point Blvd., Suite 321
South San Francisco, CA 94080
Telephone: +1.415.604.4500
dan@danjohnsonlawgroup.com
mario@danjohnsonlawgroup.com
robert@danjohnsonlawgroup.com
*Attorneys for Defendant*
  *UNITED MICROELECTRONICS*
  *CORPORATION*

12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16  MICRON TECHNOLOGY, INC.,
                      Plaintiff,
17          v.

18  UNITED MICROELECTRONICS
19  CORPORATION, FUJIAN JINHUA
    INTEGRATED CIRCUIT CO., LTD., and
20  DOES 1-10,
                      Defendants.
21

**Case No. 4:17-CV-06932-MMC**

**[PROPOSED] STIPULATED ORDER
RE: DISCOVERY PROPOUNDED ON
UNITED MICROELECTRONICS
CORP. AND UMC GROUP (USA)**

22

23

24

25

26

27

28

1    This matter came on for hearing before the Honorable Robert M. Illman, on June 21,

2    2018, in connection with the parties' disputes (Dkt. 57) concerning the scope of jurisdictional

3    discovery permitted under the District Judge's Order of April 23, 2018 (Dkt. 53).  Counsel for

4    Plaintiff Micron Technology, Inc. ("Micron"), Defendant United Microelectronics Corp.

5    ("UMC"), and non-party UMC Group (USA) presented argument.  Judge Illman issued rulings

6    from the bench and instructed the parties to meet-and-confer in an effort to reach agreement on

7    implementation of the Court's rulings.  Following their meet-and-confer, the Court presided over

8    the continuation of the hearing where the parties stated on the record the agreements reached

9    during their discussions and sought further direction from the Court under the Court's rulings.

10   After providing further clarification of rulings, Judge Illman adjourned the proceedings with

11   instructions that counsel jointly submit a proposed Order formalizing his rulings and the parties'

12   subsequent agreements.

13   The parties hereby submit their proposed Order in accordance with Judge Illman's rulings.

14   The Court's rulings, to which the parties hereby stipulate, are set forth below.

15   **I.    REQUESTS REGARDING MICRON DOCUMENTS IN UMC'S POSSESSION**

16   **A.    Micron's Requests for Production to UMC, Nos. 1-6**

17   UMC shall produce the non-privileged documents responsive to these requests that UMC

18   is able to locate in its possession, custody, or control after a reasonable search (particularly of the

19   files associated with Stephen Chen, J.T. Ho, and Kenny Wang, but without exclusion of other

20   individuals that UMC becomes aware during the reasonable search) to the extent such documents

21   relate to downloaded Micron documents related to the trade-secret allegations in Micron's

22   Complaint.

23   **B.    Micron's Rule 30(b)(6) Topics to UMC, Nos. 1-5**

24   UMC shall designate a witness qualified to testify on its behalf with respect to these topics

25   insofar as the topics address downloaded Micron documents that UMC is able to locate in its

26   possession, custody, or control after a reasonable search to the extent that such documents relate

27   to the trade-secret allegations in Micron's Complaint.

28

[Proposed] Stipulated Order Re: Discovery Propounded on
UMC and UMC Group (USA)
Case No. 4:17-CV-06932-MMC

1    **II.**      **REQUESTS REGARDING UMC RECRUITING IN THE UNITED STATES**

2        **A.**      **Micron's Requests for Production to UMC, Nos. 13-14**

3       UMC agreed to investigate whether there were agreements responsive to these requests to

4 the extent such agreements relate to any recruiting obligations of UMC for the UMC-Jinhua

5 DRAM project that involve UMC Group (USA). After a reasonable search, UMC has determined

6 that no such agreements exist.

7        **B.**      **Micron's 30(b)(6) Topics to UMC, No. 10**

8       UMC agreed to investigate whether there were agreements relating to recruiting

9 obligations of UMC for the UMC-Jinhua DRAM project that involve UMC Group (USA). After

10 a reasonable search, UMC has determined that no such agreements exist, and therefore no witness

11 will be provided on this topic.

12                                \*         \*         \*

13 //

14 //

15 //

16 //

17 //

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

[Proposed] Stipulated Order Re: Discovery Propounded on
UMC and UMC Group (USA)
Case No. 4:17-CV-06932-MMC

1      With regard to disputed requests not addressed in this Order, at this time neither UMC nor

2   UMC Group (USA) is required to produce documents or designate a Rule 30(b)(6) deponent

3   beyond the terms to which they have already agreed in their respective written responses to

4   Micron's discovery and in briefing to the Court (Dkt. 57, Exs. 1-3).

5          IT IS SO STIPULATED, through Counsel of Record.

6   Dated: June 28, 2018                          **JONES DAY**

7

8                                                 By:  */s/ Marcus S. Quintanilla*
                                                       Marcus S. Quintanilla
9

10                                                *Attorneys for Plaintiff*
                                                  *MICRON TECHNOLOGY, INC.*

11  Dated: June 28, 2018                          **DAN JOHNSON LAW GROUP, LLP**

12

13                                                By:  */s/ Daniel Johnson, Jr.*
                                                       Daniel Johnson, Jr.

14
                                                  *Attorneys for Defendant*
                                                  *UNITED MICROELECTRONICS*
15                                                *CORPORATION*

16                                          **ORDER**

17          **IT IS SO ORDERED.**

18  DATED: _____            _____

19                                                The Hon. Robert M. Illman
                                                  United States Magistrate Judge

20

21

22

23

24

25

26

27

28

[Proposed] Stipulated Order Re: Discovery Propounded on
UMC and UMC Group (USA)
Case No. 4:17-CV-06932-MMC

**<u>FILER'S ATTESTATION</u>**

Pursuant to Civil Local Rule 5.1, of the United States District Court of the Northern District of California, I certify that authorization for the filing of this document has been obtained from the other signatory shown above and that said signatory has authorized placement of his electronic signature on this document.

Dated:  June 28, 2018

 /s/ Marcus S. Quintanilla
Marcus S. Quintanilla
mquintanilla@jonesday.com

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that a true and correct copy of the above and foregoing document has been

3

served on June 28, 2018 to all counsel of record who are deemed to have consented to electronic

4

service via the Court's CM/ECF system.

5

Executed on June 28, 2018, at San Diego, California.

6

7

*/s/ Marcus S. Quintanilla*
Marcus S. Quintanilla
mquintanilla@jonesday.com

8

9

NAI-1503957185v1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Stipulated Order Re: Discovery Propounded on
UMC and UMC Group (USA)
Case No. 4:17-CV-06932-MMC