Randall E. Kay (State Bar No. 149369)
rekay@jonesday.com
Douglas L. Clark (State Bar No. 279408)
dlclark@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA  92121.3134
Telephone:     +1.858.314.1200
Facsimile:      +1.844.345.3178

Patrick T. Michael (State Bar No. 169745)
pmichael@jonesday.com
Marcus S. Quintanilla (State Bar No. 205994)
mquintanilla@jonesday.com
JONES DAY
555 California Street, Suite 2600
San Francisco, CA  94104.1501
Telephone:     +1.415.626.3939
Facsimile:      +1.415.875.5700
*Attorneys for Plaintiff*
*MICRON TECHNOLOGY, INC.*

Daniel Johnson Jr. (Bar No. 57409)
Mario Moore (Bar No. 231644)
Robert G. Litts (Bar No. 205984)
DAN JOHNSON LAW GROUP, LLP
400 Oyster Point Blvd., Suite 321
South San Francisco, CA 94080
Telephone: +1.415.604.4500
dan@danjohnsonlawgroup.com
mario@danjohnsonlawgroup.com
robert@danjohnsonlawgroup.com
*Attorneys for Defendant*
  *UNITED MICROELECTRONICS*
  *CORPORATION*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br>           Plaintiff, <br>    v. <br> UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10, <br>           Defendants. | **Case No. 4:17-CV-06932-MMC** <br><br> **STIPULATED ORDER RE: DISCOVERY PROPOUNDED ON UNITED MICROELECTRONICS CORP. AND UMC GROUP (USA)** |

This matter came on for hearing before the Honorable Robert M. Illman, on June 21, 2018, in connection with the parties' disputes (Dkt. 57) concerning the scope of jurisdictional discovery permitted under the District Judge's Order of April 23, 2018 (Dkt. 53). Counsel for Plaintiff Micron Technology, Inc. ("Micron"), Defendant United Microelectronics Corp. ("UMC"), and non-party UMC Group (USA) presented argument. Judge Illman issued rulings from the bench and instructed the parties to meet-and-confer in an effort to reach agreement on implementation of the Court's rulings. Following their meet-and-confer, the Court presided over the continuation of the hearing where the parties stated on the record the agreements reached during their discussions and sought further direction from the Court under the Court's rulings. After providing further clarification of rulings, Judge Illman adjourned the proceedings with instructions that counsel jointly submit a proposed Order formalizing his rulings and the parties' subsequent agreements.

The parties hereby submit their proposed Order in accordance with Judge Illman's rulings. The Court's rulings, to which the parties hereby stipulate, are set forth below.

## I. REQUESTS REGARDING MICRON DOCUMENTS IN UMC'S POSSESSION

### A. Micron's Requests for Production to UMC, Nos. 1-6

UMC shall produce the non-privileged documents responsive to these requests that UMC is able to locate in its possession, custody, or control after a reasonable search (particularly of the files associated with Stephen Chen, J.T. Ho, and Kenny Wang, but without exclusion of other individuals that UMC becomes aware during the reasonable search) to the extent such documents relate to downloaded Micron documents related to the trade-secret allegations in Micron's Complaint.

### B. Micron's Rule 30(b)(6) Topics to UMC, Nos. 1-5

UMC shall designate a witness qualified to testify on its behalf with respect to these topics insofar as the topics address downloaded Micron documents that UMC is able to locate in its possession, custody, or control after a reasonable search to the extent that such documents relate to the trade-secret allegations in Micron's Complaint.

## II. REQUESTS REGARDING UMC RECRUITING IN THE UNITED STATES

### A. Micron's Requests for Production to UMC, Nos. 13-14

UMC agreed to investigate whether there were agreements responsive to these requests to the extent such agreements relate to any recruiting obligations of UMC for the UMC-Jinhua DRAM project that involve UMC Group (USA). After a reasonable search, UMC has determined that no such agreements exist.

### B. Micron's 30(b)(6) Topics to UMC, No. 10

UMC agreed to investigate whether there were agreements relating to recruiting obligations of UMC for the UMC-Jinhua DRAM project that involve UMC Group (USA). After a reasonable search, UMC has determined that no such agreements exist, and therefore no witness will be provided on this topic.

\*     \*     \*

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1 | With regard to disputed requests not addressed in this Order, at this time neither UMC nor UMC Group (USA) is required to produce documents or designate a Rule 30(b)(6) deponent beyond the terms to which they have already agreed in their respective written responses to Micron's discovery and in briefing to the Court (Dkt. 57, Exs. 1-3).

IT IS SO STIPULATED, through Counsel of Record.

Dated: June 28, 2018          **JONES DAY**

By: */s/ Marcus S. Quintanilla*
   Marcus S. Quintanilla

*Attorneys for Plaintiff*
*MICRON TECHNOLOGY, INC.*

Dated: June 28, 2018          **DAN JOHNSON LAW GROUP, LLP**

By: */s/ Daniel Johnson, Jr.*
   Daniel Johnson, Jr.

*Attorneys for Defendant*
*UNITED MICROELECTRONICS*
*CORPORATION*

**ORDER**

**IT IS SO ORDERED.**

DATED: June 29, 2018.
_____
The Hon. Robert M. Illman
United States Magistrate Judge

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, of the United States District Court of the Northern District of California, I certify that authorization for the filing of this document has been obtained from the other signatory shown above and that said signatory has authorized placement of his electronic signature on this document.

Dated:  June 29, 2018

                               */s/ Marcus S. Quintanilla*
                               Marcus S. Quintanilla
                               mquintanilla@jonesday.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on June 29, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Executed on June 29, 2018, at San Diego, California.

                          */s/ Marcus S. Quintanilla*
                          Marcus S. Quintanilla
                          mquintanilla@jonesday.com

NAI-1503957185v1

[Proposed] Stipulated Order Re: Discovery Propounded on UMC and UMC Group (USA)
Case No. 4:17-CV-06932-MMC