# EXHIBIT 3

**<u>REDACTED</u> VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**



**22382 Micron Technology, Inc. v. United Microelectronics Corporation - Analysis of Kenny Wang Laptop (001)**
**Exhibit 3 - Files Accessed on United States Based SharePoint Servers - 2016**

| Ref # | Activity Date UTC | Server | Evidence Source | IP | Server Location | File Name | URL |
|---|---|---|---|---|---|---|---|
| 1 | 01/05/2016 18:02:45 | edm.micron.com | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 2 | 01/05/2016 18:16:29 | edm.micron.com | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 3 | 01/05/2016 18:21:45 | edm.micron.com | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 4 | 01/06/2016 01:40:27 | edm.micron.com | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 5 | 1/19/2016 19:41:31 | collab.micron.com | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 6 | 01/19/2016 20:50:05 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 7 | 1/19/2016 21:47:45 | bomysite.micron.com | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 8 | 1/20/2016 1:04:22 | collab.micron.com | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 9 | 1/21/2016 9:36:57 | collab.micron.com | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 10 | 01/25/2016 01:53:55 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 11 | 01/26/2016 01:24:50 | bicenter.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 12 | 1/26/2016 2:41:22 | collab.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 13 | 01/26/2016 02:56:45 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 14 | 01/26/2016 05:00:59 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |



**22382 Micron Technology, Inc. v. United Microelectronics Corporation - Analysis of Kenny Wang Laptop (001)**
Exhibit 3 - Files Accessed on United States Based SharePoint Servers - 2016

| Ref # | Activity Date UTC | Server | Evidence Source | IP | Server Location | File Name | URL |
|---|---|---|---|---|---|---|---|
| 15 | 01/26/2016 05:32:10 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 16 | 02/03/2016 11:15:56 | COLLAB.MICRON.COM | [Jump Lists-Last Access Date Time] | | Boise USA | | |
| 17 | 02/16/2016 04:01:54 | BOMYSITE.MICRON.COM | Internet Explorer 10-11 Downloads | | Boise USA | | |
| 18 | 2/24/2016 9:28:25 | collab.micron.com | Internet Explorer 10-11 Daily-Weekly History | | Boise USA | | |
| 19 | 02/24/2016 17:57:45 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily-Weekly History | | Boise USA | | |
| 20 | 2/25/2016 1:41:32 | collab.micron.com | Internet Explorer 10-11 Daily-Weekly History | | Boise USA | | |
| 21 | 2/28/2016 15:01:53 | partner.micron.com | Internet Explorer 10-11 Content | | Boise USA | | |
| 22 | 2/28/2016 15:16:49 | partner.micron.com | Internet Explorer 10-11 Content | | Boise USA | | |
| 23 | 2/28/2016 15:32:35 | partner.micron.com | Internet Explorer 10-11 Content | | Boise USA | | |
| 24 | 03/07/2016 01:45:22 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 25 | 03/09/2016 03:32:47 | NA.MICRON.COM | [Jump Lists-Last Access Date Time] | | Boise USA | | |
| 26 | 03/11/2016 08:39:21 | edm.micron.com | Internet Explorer 10-11 Content | | Boise USA | | |
| 27 | 03/22/2016 10:53:40 | BOMYSITE.MICRON.COM | Internet Explorer 10-11 Downloads | | Boise USA | | |
| 28 | 03/25/2016 00:46:50 | COLLAB.MICRON.COM | [Jump Lists-Last Access Date Time] | | Boise USA | | |
| 29 | 03/30/2016 00:50:27 | ceweb.micron.com | Internet Explorer 10-11 Content | | Boise USA | | |
| 30 | 03/30/2016 09:18:39 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |



**22382 Micron Technology, Inc. v. United Microelectronics Corporation - Analysis of Kenny Wang Laptop (001)**
**Exhibit 3 - Files Accessed on United States Based SharePoint Servers - 2016**

| Ref # | Activity Date UTC | Server | Evidence Source | IP | Server Location | File Name | URL |
|---|---|---|---|---|---|---|---|
| 31 | 3/30/2016 23:57:55 | smlogin.micron.com | Internet Explorer 10-11 Content | | Boise USA | | |
| 32 | 03/31/2016 01:22:52 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 33 | 04/01/2016 06:54:02 | COLLAB.MICRON.COM | Internet Explorer 10-11 Content | | Boise USA | | |
| 34 | 4/3/2016 8:33:32 | collab.micron.com | Internet Explorer 10-11 Content | | Boise USA | | |
| 35 | 04/05/2016 03:59:35 | COLLAB.MICRON.COM | Internet Explorer 10-11 Content | | Boise USA | | |
| 36 | 4/6/2016 11:08:43 | ceweb.micron.com | Internet Explorer 10-11 Content | | Boise USA | | |
| 37 | 04/06/2016 11:26:57 | edcfab4.micron.com | Internet Explorer 10-11 Content | | Boise USA | | |
| 38 | 04/06/2016 11:28:45 | BOMYSITE.MICRON.COM | Chrome FavIcons | | Boise USA | | |
| 39 | 04/06/2016 11:28:45 | COLLAB.MICRON.COM | Chrome FavIcons | | Boise USA | | |
| 40 | 04/06/2016 11:28:45 | COLLAB.MICRON.COM | Chrome FavIcons | | Boise USA | | |
| 41 | 04/06/2016 11:29:08 | COLLAB.MICRON.COM | Chrome Downloads | | Boise USA | | |
| 42 | 04/08/2016 00:59:21 | COLLAB.MICRON.COM | Internet Explorer 10-11 Content | | Boise USA | | |



**22382 Micron Technology, Inc. v. United Microelectronics Corporation - Analysis of Kenny Wang Laptop (001)**
**Exhibit 3 - Files Accessed on United States Based SharePoint Servers - 2016**

| Ref # | Activity Date UTC | Server | Evidence Source | IP | Server Location | File Name | URL |
|---|---|---|---|---|---|---|---|
| 43 | 4/8/2016 1:29:25 | edm.micron.com | Internet Explorer 10-11 Content | | Boise USA | | |
| 44 | 04/08/2016 01:35:29 | BOMYSITE.MICRON.COM | Internet Explorer 10-11 Content | | Boise USA | | |
| 45 | 04/09/2016 17:43:16 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 46 | 4/14/2016 1:21:44 | collab.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 47 | 4/16/2016 3:41:28 | collab.micron.com | Internet Explorer 10-11 Content | | Boise USA | | |
| 48 | 04/16/2016 03:44:20 | COLLAB.MICRON.COM | Internet Explorer 10-11 Content | | Boise USA | | |
| 49 | 04/18/2016 02:15:16 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 50 | 04/18/2016 02:15:16 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 51 | 04/18/2016 22:12:26 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 52 | 04/18/2016 22:18:50 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 53 | 04/18/2016 23:35:48 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |



**22382 Micron Technology, Inc. v. United Microelectronics Corporation - Analysis of Kenny Wang Laptop (001)**
**Exhibit 3 - Files Accessed on United States Based SharePoint Servers - 2016**

| Ref # | Activity Date UTC | Server | Evidence Source | IP | Server Location | File Name | URL |
|---|---|---|---|---|---|---|---|
| 54 | 04/19/2016 22:29:10 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 55 | 04/20/2016 09:02:44 | BOMYSITE.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 56 | 04/20/2016 09:02:45 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 57 | 04/20/2016 09:02:45 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 58 | 04/20/2016 09:02:46 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 59 | 04/20/2016 09:02:48 | BOMYSITE.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 60 | 04/20/2016 09:02:51 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 61 | 4/20/2016 9:03:06 | collab.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 62 | 04/20/2016 09:08:47 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 63 | 04/20/2016 09:08:59 | BOMYSITE.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 64 | 04/20/2016 09:09:01 | BOMYSITE.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |



**22382 Micron Technology, Inc. v. United Microelectronics Corporation - Analysis of Kenny Wang Laptop (001)**
**Exhibit 3 - Files Accessed on United States Based SharePoint Servers - 2016**

| Ref # | Activity Date UTC | Server | Evidence Source | IP | Server Location | File Name | URL |
|---|---|---|---|---|---|---|---|
| 65 | 04/20/2016 09:09:05 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 66 | 04/20/2016 09:09:05 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 67 | 04/20/2016 09:09:07 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 68 | 04/20/2016 09:09:07 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 69 | 04/20/2016 09:09:09 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 70 | 04/20/2016 09:09:10 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 71 | 04/20/2016 09:09:10 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 72 | 04/20/2016 09:09:12 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 73 | 04/20/2016 09:09:14 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 74 | 04/20/2016 09:09:15 | edc.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 75 | 04/20/2016 09:09:16 | edc.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |



**22382 Micron Technology, Inc. v. United Microelectronics Corporation - Analysis of Kenny Wang Laptop (001)**
**Exhibit 3 - Files Accessed on United States Based SharePoint Servers - 2016**

| Ref # | Activity Date UTC | Server | Evidence Source | IP | Server Location | File Name | URL |
|---|---|---|---|---|---|---|---|
| 76 | 04/20/2016 09:09:16 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 77 | 4/20/2016 9:09:16 | edc.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 78 | 04/20/2016 09:09:20 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 79 | 4/20/2016 9:09:21 | collab.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 80 | 04/20/2016 09:09:37 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 81 | 04/20/2016 09:09:37 | BOMYSITE.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 82 | 04/20/2016 09:09:50 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 83 | 04/20/2016 09:09:56 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 84 | 04/20/2016 09:09:56 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 85 | 4/20/2016 9:10:10 | edc.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 86 | 04/21/2016 01:02:19 | BOMYSITE.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |



**22382 Micron Technology, Inc. v. United Microelectronics Corporation - Analysis of Kenny Wang Laptop (001)**
**Exhibit 3 - Files Accessed on United States Based SharePoint Servers - 2016**

| Ref # | Activity Date UTC | Server | Evidence Source | IP | Server Location | File Name | URL |
|---|---|---|---|---|---|---|---|
| 87 | 04/21/2016 01:08:55 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 88 | 04/23/2016 16:46:30 | edc.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 89 | 4/24/2016 1:22:32 | collab.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 90 | 4/24/2016 1:24:25 | collab.micron.com | Internet Explorer 10-11 Content | | Boise USA | | |
| 91 | 4/25/2016 13:31:28 | collab.micron.com | Internet Explorer 10-11 Content | | Boise USA | | |
| 92 | 04/25/2016 13:36:41 | edc.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 93 | 04/25/2016 13:42:50 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 94 | 04/25/2016 13:42:51 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 95 | 04/25/2016 13:44:32 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 96 | 4/25/2016 14:11:35 | collab.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 97 | 04/25/2016 14:49:59 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 98 | 04/25/2016 14:50:03 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |



**22382 Micron Technology, Inc. v. United Microelectronics Corporation - Analysis of Kenny Wang Laptop (001)**
**Exhibit 3 - Files Accessed on United States Based SharePoint Servers - 2016**

| Ref # | Activity Date UTC | Server | Evidence Source | IP | Server Location | File Name | URL |
|---|---|---|---|---|---|---|---|
| 99 | 04/25/2016 14:50:03 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 100 | 04/25/2016 14:51:30 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 101 | 04/25/2016 14:51:34 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 102 | 04/25/2016 14:53:31 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 103 | 04/25/2016 14:53:48 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 104 | 04/25/2016 14:58:04 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 105 | 04/25/2016 14:58:06 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 106 | 04/25/2016 14:58:06 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 107 | 04/25/2016 14:58:08 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 108 | 04/25/2016 14:58:08 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 109 | 04/25/2016 14:58:09 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |



**22382 Micron Technology, Inc. v. United Microelectronics Corporation - Analysis of Kenny Wang Laptop (001)**
**Exhibit 3 - Files Accessed on United States Based SharePoint Servers - 2016**

| Ref # | Activity Date UTC | Server | Evidence Source | IP | Server Location | File Name | URL |
|---|---|---|---|---|---|---|---|
| 110 | 04/25/2016 14:58:09 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 111 | 04/25/2016 14:58:51 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 112 | 04/25/2016 14:58:54 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 113 | 04/25/2016 14:59:47 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 114 | 04/25/2016 14:59:47 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 115 | 04/25/2016 14:59:54 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 116 | 04/25/2016 15:22:56 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 117 | 04/25/2016 15:37:33 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 118 | 04/25/2016 15:39:24 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 119 | 04/25/2016 15:54:34 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |



**22382 Micron Technology, Inc. v. United Microelectronics Corporation - Analysis of Kenny Wang Laptop (001)**
**Exhibit 3 - Files Accessed on United States Based SharePoint Servers - 2016**

| Ref # | Activity Date UTC | Server | Evidence Source | IP | Server Location | File Name | URL |
|---|---|---|---|---|---|---|---|
| 120 | 4/25/2016 16:01:51 | collab.micron.com | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 121 | 04/25/2016 16:07:32 | COLLAB.MICRON.COM | Internet Explorer 10-11 Content | | Boise USA | | |
| 122 | 4/25/2016 16:10:36 | collab.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 123 | 4/25/2016 16:12:50 | collab.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 124 | 4/25/2016 16:14:47 | collab.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 125 | 4/25/2016 16:17:27 | collab.micron.com | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 126 | 4/25/2016 16:19:28 | collab.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 127 | 4/25/2016 16:24:11 | collab.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 128 | 4/25/2016 16:37:55 | collab.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 129 | 4/25/2016 16:54:17 | collab.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |



**22382 Micron Technology, Inc. v. United Microelectronics Corporation - Analysis of Kenny Wang Laptop (001)**
**Exhibit 3 - Files Accessed on United States Based SharePoint Servers - 2016**

| Ref # | Activity Date UTC | Server | Evidence Source | IP | Server Location | File Name | URL |
|---|---|---|---|---|---|---|---|
| 130 | 4/25/2016 16:57:20 | collab.micron.com | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 131 | 4/25/2016 17:00:35 | collab.micron.com | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 132 | 4/25/2016 17:06:00 | collab.micron.com | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 133 | 4/25/2016 17:12:29 | collab.micron.com | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 134 | 4/26/2016 0:30:22 | collab.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 135 | 04/26/2016 02:02:42 | edc.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 136 | 04/26/2016 02:04:26 | edc.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 137 | 04/26/2016 02:04:32 | edc.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 138 | 04/26/2016 02:04:33 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 139 | 04/26/2016 02:08:48 | edc.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 140 | 04/26/2016 02:08:48 | edc.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 141 | 04/26/2016 02:09:16 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 142 | 04/26/2016 02:09:18 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |



**22382 Micron Technology, Inc. v. United Microelectronics Corporation - Analysis of Kenny Wang Laptop (001)**
**Exhibit 3 - Files Accessed on United States Based SharePoint Servers - 2016**

| Ref # | Activity Date UTC | Server | Evidence Source | IP | Server Location | File Name | URL |
|---|---|---|---|---|---|---|---|
| 143 | 04/26/2016 02:09:18 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 144 | 04/26/2016 02:09:20 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 145 | 04/26/2016 02:09:23 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 146 | 04/26/2016 02:09:36 | COLLAB.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 147 | 04/26/2016 02:24:32 | BOMYSITE.MICRON.COM | Internet Explorer 10-11 Main History | | Boise USA | | |
| 148 | 04/26/2016 02:24:32 | edc.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 149 | 04/26/2016 02:24:33 | edc.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 150 | 04/26/2016 02:24:34 | edc.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 151 | 04/26/2016 02:24:37 | edc.micron.com | Internet Explorer 10-11 Main History | | Boise USA | | |
| 152 | 04/26/2016 08:09:28 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 153 | 04/26/2016 08:23:35 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |



**22382 Micron Technology, Inc. v. United Microelectronics Corporation - Analysis of Kenny Wang Laptop (001)**
**Exhibit 3 - Files Accessed on United States Based SharePoint Servers - 2016**

| Ref # | Activity Date UTC | Server | Evidence Source | IP | Server Location | File Name | URL |
|---|---|---|---|---|---|---|---|
| 154 | 4/26/2016 8:33:47 | collab.micron.com | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 155 | 04/26/2016 08:36:09 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 156 | 04/26/2016 08:36:36 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 157 | 04/26/2016 08:36:52 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 158 | 04/26/2016 08:42:38 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 159 | 04/26/2016 08:44:59 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 160 | 04/26/2016 08:47:24 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 161 | 04/26/2016 08:50:42 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 162 | 04/26/2016 08:51:37 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 163 | 04/26/2016 08:56:51 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 164 | 04/26/2016 09:00:12 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |



**22382 Micron Technology, Inc. v. United Microelectronics Corporation - Analysis of Kenny Wang Laptop (001)**
**Exhibit 3 - Files Accessed on United States Based SharePoint Servers - 2016**

| Ref # | Activity Date UTC | Server | Evidence Source | IP | Server Location | File Name | URL |
|---|---|---|---|---|---|---|---|
| 165 | 04/26/2016 09:02:28 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 166 | 04/26/2016 09:03:09 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 167 | 04/26/2016 09:04:44 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 168 | 04/26/2016 09:49:19 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 169 | 04/26/2016 09:54:56 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 170 | 04/26/2016 18:02:28 | edc.micron.com | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 171 | 04/26/2016 18:02:49 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 172 | 04/26/2016 18:04:40 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 173 | 04/26/2016 18:09:42 | COLLAB.MICRON.COM | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |
| 174 | 04/26/2016 18:24:47 | edc.micron.com | Internet Explorer 10-11 Daily Weekly History | | Boise USA | | |