1    Randall E. Kay (State Bar No. 149369)
     rekay@jonesday.com
2    Douglas L. Clark (State Bar No. 279408)
     dlclark@jonesday.com
3    JONES DAY
     4655 Executive Drive, Suite 1500
4    San Diego, CA  92121.3134
     Telephone:    +1.858.314.1200
5    Facsimile:    +1.844.345.3178

6    Patrick T. Michael (State Bar No. 169745)
     pmichael@jonesday.com
7    Marcus S. Quintanilla (State Bar No. 205994)
     mquintanilla@jonesday.com
8    JONES DAY
     555 California Street, Suite 2600
9    San Francisco, CA 94104.1501
     Telephone:    +1.415.626.3939
10   Facsimile:    +1.415.875.5700

11   Attorneys for Plaintiff
     MICRON TECHNOLOGY, INC.
12

13                  **UNITED STATES DISTRICT COURT**

14                 **NORTHERN DISTRICT OF CALIFORNIA**

15

16   MICRON TECHNOLOGY, INC.,              **Case No. 4:17-CV-06932-MMC**

17                  Plaintiff,
                                           **DECLARATION OF DAVID LIU, PH.D. IN**
18          v.                             **SUPPORT OF MICRON TECHNOLOGY,**
                                           **INC.'S SUPPLEMENTAL OPPOSITION TO**
19   UNITED MICROELECTRONICS              **UNITED MICROELECTRONICS**
     CORPORATION, FUJIAN JINHUA           **CORPORATION'S MOTION TO DISMISS**
20   INTEGRATED CIRCUIT CO., LTD.,         **FOR LACK OF PERSONAL JURISDICTION**
     and DOES 1-10,
21
                    Defendants.
22

23

24          **REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

25

26

27

28

Liu Decl. ISO Micron's Suppl. Opposition
                                                              to UMC's Motion to Dismiss
                                                              Case No. 4:17-CV-06932-MMC

I, David Kuan-Yu Liu, declare as follows:

## I.      INTRODUCTION AND QUALIFICATIONS

1.      My name is Dr. David Kuan-Yu Liu.  I understand that I am submitting a declaration in connection with Case No. 4:17-CV-06932-MMC before the United States District Court, Northern District of California.

2.      I have been retained by Jones Day as an expert to provide background on dynamic random access memory (DRAM), to address technical issues and to offer technical opinions with respect to Micron Technology, Inc.'s ("Micron") confidential information relating to its DRAM devices and processes ("Micron's Confidential DRAM Technology") and certain patents and patent applications filed by United Microelectronics Corporation ("UMC") and Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") at the United States Patent and Trademark Office (the "UMC/Jinhua Patent Filings").

3.      As part of this work, I have been asked to review documents containing Micron's Confidential DRAM Technology that I am informed UMC acquired without authorization along with the UMC/Jinhua Patent Filings to determine what, if any, relationship exists between the Micron's Confidential DRAM Technology and the UMC/Jinhua Patent Filings, including my opinions on whether any of the UMC/Jinhua Patent Filings were based on or derived from Micron's Confidential DRAM Technology.  I have been asked to focus particularly on those UMC/Jinhua Patent Filings where Chien-Ting Ho (also known as J.T. Ho) is a named inventor and have been informed that J.T. Ho is a former Micron employee who was hired by and remains employed at UMC and, while at UMC, was in possession of more than 20,000 computer files containing Micron's Confidential DRAM Technology.

4.      Based on my education, research, training and experience, as summarized further below, I believe I am qualified to render expert opinions on the technical issues regarding Micron's Confidential DRAM Technology and the UMC/Jinhua Patent Filings.  My compensation is not based on the outcome of my opinions.

5.      It is my expert opinion that it is highly likely that the UMC/Jinhua Patent Filings were based on and derived from the use of Micron's Confidential DRAM Technology.  My

opinion is based on a comparison of the UMC/Jinhua Patent Filings and Micron's Confidential DRAM Technology, and is buttressed by my consideration of the short period of time from when UMC commenced working on DRAM technology and the priority dates of the UMC/Jinhua Patent Filings, which make it highly unlikely that UMC/Jinhua independently developed the structures, processing steps and techniques disclosed in the UMC/Jinhua Patent Filings.

6. My curriculum vitae (CV) is provided as **Exhibit 1** to this Declaration.

7. I am not a lawyer. As set forth in my CV, I hold M.S. and Ph.D. degrees in Electrical Engineering from Stanford University and have 20 years of experience as an engineer and engineering manager and director of Complementary Metal Oxide Semiconductor (CMOS) technology development. I hold over 90 U.S. patents, a large number of which are directed to CMOS processes and semiconductor process technology.

8. The vast majority of my patents are in the area of CMOS high-density circuit and memory architecture. As such, I am intimately familiar with the concept of memory array architecture and the key steps in the integrated process flow to manufacture high-density memory devices, such as DRAM devices.

9. I have also authored several technical papers that have been published in well-respected, peer-reviewed journals, such as the IEEE Electron Device Letters, the IEEE Journal of Solid-State Circuits, and the IEEE Transactions on Electron Devices. As an example, I worked on a new conductivity-modulated Power MOSFET that features a buried minority-carrier injector to enhance the current conduction capability of the Power MOSFET. This work was published in the IEEE Transactions on Electron Devices.

10. During my career, I have worked at some of the leading semiconductor companies in the world, such as Texas Instruments, Advanced Micro Devices, Altera Corporation (now a subsidiary of Intel Corp.), and Xilinx. At these companies, my work focused on various aspects of CMOS and semiconductor process technology.

11. As result of my industrial experience, I have developed expertise in integrating the different semiconductor process modules into a full process flow and bringing up the integrated process flows into manufacturing and high yield production. I am fully cognizant of

3

the complexities and the many time-consuming experimental iterations required to fully resolve all the process related yield-limiting issues that face modern semiconductor process designs.

12.     I am not now and never have been an employee of Micron.

13.     In writing this Declaration, I have considered the following:  (1) my own knowledge and experience, including my work experience in the fields of semiconductor design and processes; (2) my experience in working with many others involved in those fields; (3) Micron's Confidential DRAM Technology, which includes information that cannot be reverse engineered such as Micron's DRAM processes and production parameters that must be known and experimentally verified before chip production is possible, and which is detailed in documents that I understand were in the possession of UMC before and when the UMC/Jinhua Patent Filings were filed, including:  (i) Micron DRAM 90 Series (25nm) Process Traveler ("Micron 90 Series Traveler") (attached to the Declaration of Douglas L. Clark in Support of Micron's Supplemental Opposition to UMC's Motion to Dismiss ("Clark Decl." Ex. 39); (ii) Micron DRAM 100 Series (20nm) Process Traveler ("Micron 100 Series Traveler") (attached to the Clark Decl. as Ex. 40); (iii) Elpida 25nm Process Flow Document ("Elpida Process Document") (attached to the Clark Decl. as Ex. 41); and (iv) Micron Design Rules for DR25nm ("Micron Design Rules") (attached to the Clark Decl. as Ex. 42); and (4) the UMC/Jinhua Patent Filings, including specifically:  (i) U.S. Patent No. 9,679,901 ("'901 patent") (attached to the Clark Decl. as Ex. 33); (ii) U.S. Patent Application No. 2018/0108563 ("'563 Application") (attached to the Clark Decl. as Ex. 34); (iii) U.S. Patent No. 9,973,790 ("'790 patent") (attached to the Clark Decl. as Ex. 35); (iv) U.S. Patent No. 9,929,162 ("'162 patent") (attached to the Clark Decl. as Ex. 36); and (v) U.S. Patent No. 9,859,283 ("'283 patent") (attached to the Clark Decl. as Ex. 38).  As discussed above, I have specifically addressed these particular UMC/Jinhua Patent Filings because Chien-Ting Ho (J.T. Ho) is a named inventor on these patent filings and was in possession of more than 20,000 computer files containing Micron's Confidential DRAM Technology while at UMC.

4

## II.   BACKGROUND OF DRAM PROCESS AND PRODUCT DEVELOPMENT

14.     Due to the complexities in the manufacturing process flow for DRAM, it takes lengthy and iterative research and development, process technology development and product development cycles to successfully bring an advanced generation of DRAM chips into full production.  This is especially true for a manufacturer entering into DRAM product development for the very first time, such as UMC/Jinhua, without the benefits of the experience gained from previous generations of DRAM manufacturing.

15.     There is initial research, including for example benchmarking and competitive product analysis, for developing product specifications, where the desired specifications and performance parameters of the final DRAM product will be defined on a system and architectural level.  Once this step is done, various functional elements that are required to implement and meet the specifications will be established in the form of requisite functional circuits.  These proposed functional circuits dictate what elements on the device levels, or the transistor levels, are needed to build the requisite DRAM circuits.  This aspect of the DRAM product development will drive and constrain the definition of electrical design rules for the various transistors and elements for the circuit design.

16.     Just as importantly, the feature sizes—the physical or geometrical aspects—of the product will start to be defined by a set of dimensions referred to as geometrical "design rules." These design rules are ultimately dictated by the process technology that is utilized.  Integrated circuit devices are manufactured using a particular process technology node, which refers to the smallest dimension of a feature on the device, such as the dimension of a transistor gate.  The smaller the process technology node, the more circuitry and functionality can be built into the device.  Of course, the smaller the process technology node, the more advanced and complicated the process technology must be to successfully build a product that does not have defects. Because the capabilities and limitations of the process technology will determine what can and cannot be achieved, knowing the process technology is essential to defining these design rules.

17.     Developing and deploying a new DRAM process technology is a massive undertaking that requires extensive research and development, determining the appropriate

1   process steps (hundreds of them) and the optimal sequence of and methods for implementing
2   those steps, selecting the semiconductor fabrication equipment to be used and integrating that
3   equipment into the process and more.  Once the process technology node for the product is
4   determined, then a most aggressive (or competitive) and yet manufacturable unit cell area for the
5   DRAM memory array will be budgeted and conceptualized, in conjunction with formulating a
6   set of all the critical geometrical design rules that are needed to support and realize such a
7   DRAM unit cell.  The geometrical design rules serve simultaneously as an enabler to
8   implement—within a given surface area of silicon—a competitive DRAM product featuring
9   memory cell arrays along with the supporting peripheral circuitry and design rules (both
10  electrical and geometrical) also provide directives for implementing the many processing steps
11  and the needed equipment to manufacture a DRAM product.

12          18.     Given the critical importance of process technologies in manufacturing advanced
13  integrated circuits such as DRAM, the definition and successful delivery of the design rules is a
14  critical gateway in the development of a successful DRAM product.  For example, if the design
15  rules are too aggressive and unrealistic for the selected process technology, the product will not
16  be manufacturable.  But if the rules are too conservative, though the product may be highly
17  manufacturable by the selected process technology, it will not be competitive, for example, in
18  terms of the number of possible dies that can be placed on a given wafer due to its large size.
19  Companies like Micron, who have decades of experience on the process technologies and design
20  rules for multiple generations of DRAM devices, can leverage that foundation of experience to
21  develop new process technologies and design rules for the next generation DRAM products.
22  Even then, for a company that already has decades of experience in DRAM, developing and
23  deploying design rules and a new process technology node could easily take over two years.

24          19.     After the design rules and fabrication process technologies are in place, the circuit
25  design is then implemented according to the geometrical design rules into a set of mask patterns
26  that will be used to build onto the silicon wafer the DRAM chips, which include memory cell
27  arrays and the periphery circuits.  The process of implementing the circuit designs into
28  geometrical features on the mask patterns is known as the layout of the circuit design.

6                   Liu Decl. ISO Micron's Suppl. Opposition
                                                                                                                      to UMC's Motion to Dismiss
                                                                                                                      Case No. 4:17-CV-06932-MMC

20.     The hundreds of fabrication process steps, which involve a variety of highly-complex semiconductor processing techniques such as diffusion, etching, ion implantation, and photolithography patterning etc., are then coupled together as a sequence of well-engineered and intended process steps, known as the "process flow," and optimized "recipes" are used to implement the various process steps making up the process flow.  The silicon wafers can be thought of as the vehicle that will "travel" through the process flow, with each process step contributing to building of the DRAM chips onto a silicon wafer.  These process steps, including their sequence along the process flow, are detailed and documented in what are sometimes known as "traveler" files, and in what Micron calls a "process traveler," that literally capture years (if not decades) of research, development and iterative experimentation.  The primary high-level modules of the DRAM process flow are: (i) building the isolation structures that demarcate the moat area from the active device elements areas; (ii) forming the access transistors, or the Word Line transistors, buried under the surface of the silicon wafer to address the memory cells; (iii) building the Bit Line connection and Bit Lines to address the memory cells; (iv) forming reliable connecting structures in a very tight space to contact to the storage nodes of the DRAM memory cells; and (v) forming capacitors that are in the shape of tall cylindrical containers.  It should be mentioned that many of the process steps, and the sequence of those process steps required to build advanced DRAM circuits are very different from and much more complex than the steps to build logic circuits.

21.     Once the silicon wafers have gone through all the steps in the process flow, the completed DRAM chips are tested while they are still in the form of dies on the wafers.  The wafers are then cut into many individual dies with the test-proven functional dies being packaged into chips.  The packaged parts are then tested again to ensure the dies survived the packaging process.  These final packaged parts are the individual DRAM chip that are typically incorporated into a memory module.

22.     Based on my experience in the semiconductor industry as a process integration engineer, and my experience bringing many generations of semiconductor processes for manufacturing memory integrated circuits to full production, I am intimately familiar with the

necessary research, development, experimentation and trial-and-error approach required to support the implementation of new process improvement and manufacturing methods.  These new process methods, whether they are new layout methods, new process steps, or new process chemistry and sequence, are all meant either to address certain issues that otherwise would limit the manufacturability of the integrated circuits, or to simplify the process steps and reduce the cost of manufacturing.

23.     For a company that is developing complex integrated circuits, such as DRAM memory integrated circuits, there typically exists an established baseline process or experimental metrics that would lead an engineer to understand and potentially develop process improvements.  This is especially true in the highly complex and expensive integrated circuit manufacturing processes.  The requirements for improvement first need to be realized and understood, the quantifiable benefits from the improved methods also need to be demonstrated before the manufacturing process flow can adopt the new, improved method and for the company to even begin to understand the capabilities and limitations of the new methods.

24.     Based on my experience in this area working with many integrated circuit manufacturing companies, it would be extremely unlikely for any company to come up with new process improvements and manufacturing methods without the prerequisite learning and data from many iterations of experiments on the actual process flow.  In addition, these improvements are typically learned through many experiments performed on prototype chips that have been fabricated to resemble the final products as closely as possible so that any meaningful observations and improvements are directly applicable to the final products.

25.     Using the background described above as a perspective, I have examined the UMC/Jinhua Patent Filings to assess the likelihood that the descriptions, disclosures and claimed inventions were based on UMC/Jinhua's independent development of the DRAM process technologies described therein in view of the following timeline in relation to the priority dates of the UMC/Jinhua Patent Filings:

- December 2015 – UMC lacked experience in DRAM technology, and other than several former Micron employees who recently joined UMC, UMC had few, if any,

8

engineers experienced in DRAM technology.

- January 2016 – UMC and Jinhua enter a joint agreement to develop DRAM technology.

- July or August 2016 – Kenny Wang at UMC is tasked with developing UMC's design rules for F32 25nm DRAM technology.[1]

- September 2016 – Design rules by UMC were completed.[2]

- September 22, 2016 – Priority date of the '901 Patent.

- October 17, 2016 – Priority date of the '563 Application.

- December 9, 2016 – Priority date of the '790 Patent.

- December 22, 2016 – Priority date of the '162 Patent.

- March 7, 2017 – Priority date of the '283 Patent.

## III.   ANALYSIS OF UMC/JINHUA PATENT FILINGS AND SIMILARITIES TO MICRON'S CONFIDENTIAL DRAM TECHNOLOGY

### A.   UMC/Jinhua United States Patent 9,679,901

26.     The '901 Patent is titled "Semiconductor Device and Manufacturing Method Thereof." It was filed in the United States Patent Office on October 18, 2016, and claims priority to a Chinese application filed on September 22, 2016. The patent includes 3 drawings and 10 claims. Chien-Ting Ho (J.T. Ho) is one of the named inventors listed on the front page of the '901 Patent.

27.     The '901 Patent describes a semiconductor device, that includes a substrate, a plurality of active areas, and an isolation structure, as well as a manufacturing method of a semiconductor device, and specifically references "the existing DRAM process." ('901 Patent at Abstract; 2:10-43; 5:49-50) The "Description of Embodiments" section of the '901 Patent is

---

[1] According to the Indictment Decision of Taiwan Taichung District Prosecutors Office, attached as Exhibit 2 to Micron's Complaint, September 2016 is the earliest UMC completed its design rules. The Indictment Decision states that "in July or August 2016" Kenny Wang, another former Micron employee who joined UMC, was asked to work on UMC's design rules, that Wang used the Micron design rules he took to UMC to work on the UMC design rules and that the "design rules were completed within only 2 months and handed to the chip design manufacturer for the next step.". Micron Complaint, Ex. 2, pp. 6-7.

[2] *Supra* note 1.

Liu Decl. ISO Micron's Suppl. Opposition to UMC's Motion to Dismiss
Case No. 4:17-CV-06932-MMC

specifically directed towards DRAM process technology, including specific steps directed towards layout, patterning, active area formation, etching, oxide deposition, trench formation, and other process and design steps. ('901 Patent at 3:10 – 5:67)

28.     In the background section, the '901 Patent explains that "in the current semiconductor process, an isolation structure is generally formed in a substrate to define a device region having a plurality of active areas and a peripheral region. Due to miniaturization of the semiconductor device, the device region becomes smaller, and "a greater difference in pattern density results on the substrate, and the difference in pattern density becomes an issue in a subsequent process." ('901 Patent at 1:25-30). This negative effect from the difference in pattern density is more significant at the interface region the device region and the peripheral region, due to various stresses caused by the difference in pattern density.

29.     The '901 Patent purports to provide an improved process that is capable of preventing the effect of this stress being generated by introducing features at the edges of the ends of the active area adjacent to the boundary of the device region. Figure 2A of the '901 Patent illustrates an embodiment of the claimed inventions, and shows "the ends of the last active areas 106 in each row have a greater width in comparison to the other portions." ('901 Patent at 5:8-10) The manufacturing method described in the '901 Patent discloses the capability of preventing the negative effect on subsequent processing steps caused by the difference in pattern density in the active areas. That capability would need to be substantiated by actual experimental results on a working process flow to determine tangible and observable results of whether an effect on a subsequent process is prevented. It is also reasonable to conclude that the layout of the memory array active area would have already been determined and implemented in order to provide the disclosures set forth in the '901 Patent.

30.     The claims of the '901 Patent include both product and method claims. Claims 1-5 are directed to a semiconductor device that includes a substrate having a device region and a peripheral region, a plurality of device active areas, and an isolation structure, where the design of the active areas is such that the edges of the ends of the active areas adjacent to the device region are aligned with each other and a width of the ends of the active areas adjacent a boundary

1    of the device region is greater than a width of other portions of the active areas. Claims 6-10

2    recite methods for manufacturing such a semiconductor device.

3           31.    The '901 Patent describes the same or very similar process technology as

4    described in Micron's Confidential DRAM Technology that I understand was in UMC's

5    possession.  Like the later-filed '901 Patent, ████████████████████████████████████

6    ████████████████████████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████████████████████████████████

9    ████████████████████████████████████████████████████████████████████

10   ████████████████████████████████████████████████████████████████████████

11   ████████████████████████████████████████████████████████████████████████████████

12   ████████████████████████████  again similar to what was later described in the '901 Patent.

13          32.    In my opinion, it is highly likely that the disclosures and purported inventions set

14   forth in the '901 Patent were derived from or based on Micron's Confidential DRAM

15   Technology.  In addition, in order for the UMC/Jinhua inventors to get to a stage in development

16   where they could disclose the detailed DRAM process steps and structures set forth in the

17   '901 Patent, not only would they have needed completed design rules for their DRAM product,

18   but they would also need to have completed multiple complex processing steps in the process

19   flow, and would then need to run process experiments up to the point where the structures shown

20   in the '901 Patent were built.  In view of the fact that UMC did not even have design rules

21   completed until September, 2016 and that the priority date of the '901 Patent is September 22,

22   2016, it is highly unlikely that UMC/Jinhua independently developed the subject matter

23   described in the '901 Patent.

24          **B.    UMC/Jinhua United States Patent Application 2018/0108563**

25          33.    The '563 Application is titled "Method of Fabricating Isolation Structure."  It was

26   filed in the United States Patent Office on December 20, 2016, and claims priority to a Chinese

27   application filed on October 17, 2016.  It includes 27 drawings and 10 claims.  Chien-Ting Ho

28   (J.T. Ho) is one of the named inventors listed on the front page of the '563 Application.  Fu-Che

1   Lee is also a named inventor on the '563 Application and I understand Mr. Lee is also known as
2   Neil Lee and is a former Micron employee who subsequently was hired by UMC.

3       34.     The '563 Application describes a specific method of fabricating a semiconductor
4   device, and particularly relates to a method of fabricating an isolation structure using a specific
5   "double patterning" technique.  The application discloses a technique to form spaces that are
6   smaller than the dimension of the features on the mask using a series of patterned hard mask
7   layers and oxide layers to ultimately form trench patterns in the semiconductor substrate.  ('563
8   Application at Abstract)  This type of technique is also known as "pitch doubling."

9       35.     In the background section, the '563 Application states that "to achieve high
10  density and high performance goals with an increased degree of integration of a semiconductor
11  device, it is preferable to manufacture a structure having a smaller size and higher degree of
12  integration." ('563 Application at 1:0003)  To manufacture such a structure, the
13  '563 Application describes forming an isolation structure in the substrate where trenches are
14  formed in the substrate first, and then an isolation material is filled in the trenches.  When
15  manufacturing DRAM integrated circuits, however, different widths of the trenches will lead to a
16  big difference in the width of the shallow trench isolation (STI) between the memory array
17  region and the periphery region, resulting in non-uniform pattern density and large height
18  differences on the surface of the substrate, and this non-flat profile affects subsequent process
19  steps.  ('563 Application, at 1-2)

20      36.     The '563 Application purports to provide an improved process to address this
21  problem and describes process steps that essentially use the sidewall of a feature on the mask to
22  define a very small opening as the trench opening within the memory active region, and use
23  another mask to open up wider spaces in the periphery region, such that different STI widths can
24  be obtained in manner resulting in a substrate with a flat profile for subsequent process steps.
25  (Ex. 8 at 1-3) These "pitch doubling" process steps are also illustrated in the '563 Application:
26  figure 1C shows that a spacer layer is formed with patterned hard mask layers and planarized;
27  figure 1D illustrates that an etch process is performed that only removes the spacer layer and
28  forms an opening of the narrow trenches in the memory array region, and; figure 1F illustrates

1   that an additional hard mask layer is used to form wider openings for wider trench openings.

2   ('563 Application, Figures 1C, 1D and 1F)

3      37.    Claim 1 of the '563 Application recites a method of fabricating an isolation

4   structure by forming a first oxide layer and a second oxide layer and also forming first, second

5   and third hard mask layers.  By removing and patterning these layers the claim recites forming

6   trench patterns with different widths.  The sequence of steps and the layers set forth in claim 1 of

7   the '563 Application result in a doubling of the pitch achievable over standard patterning for

8   trench formation by using a sidewall spacer region as the opening for the trench.  ('563

9   Application at Claim 1)

10     38.    The '563 Application describes the same or very similar process technology as

11  described in Micron's Confidential DRAM Technology that I understand was in UMC's

12  possession.  The method described in the later-filed '563 Application ███████████████

13  ████████████████████████████████████████████████████████

14  ██████████████████████████████████████████████████

15  ██████████████████████████████████████████████████

16  ████████████████████████████████████████████████████

17  ██████████████████████████████████████████████████████

18  ████████████████████████████████████████████████

19  ████████████████████████████████████████████████

20  ████████████████████████████████████████████████████

21  ████████████████████████████████████████████████████

22  ████████████████████████████████████████████████████

23  ████████████████████████████████████████████

24  ████████████████████████████████████████████

25     39.    Additional overlap between the later-filed '563 Application and Micron's

26  Confidential DRAM Technology ████████████████████████████████████

27  ██████████████████████████████████  The '563 Application shows that the narrow

28  trenches are filled with a first layer of dielectric material, while the wide trench is filled with two

1    different separate steps of depositing the dielectric material.  ('563 Application, at Fig. 5E) █████

2    ████████████████████████████████████████████████████████████████████

3    ████████████████████████████████████████████████████████████████████████

4    ██████████████████████████████████████   The same similarities described above

5    are also found when comparing the later-filed '563 Application to ██████████████████

6    ██████████████████████████████

7        40.    In my opinion, it is highly likely that the disclosures and inventions set forth in

8    the '563 Application were derived from or based on Micron's Confidential DRAM Technology.

9    In addition, in order for the UMC/Jinhua inventors to get to a stage in development where they

10   could disclose the detailed double-patterning trench formation process and the subsequent

11   specific trench filling process steps described in the '563 Application, they would have needed

12   completed design rules for their DRAM product, masks to implement the different trench widths

13   in the array and the periphery, a completed STI formation module, and they would have then

14   needed to perform SEM cross sections to visually ensure that the trench formation steps were

15   operational.  In view of the fact that UMC did not have design rules completed until September,

16   2016 and the priority date of the '563 Application is October 17, 2016, it is highly unlikely that

17   UMC/Jinhua independently developed the subject matter described in the '563 Application.

18       **C.    UMC/Jinhua United States Patent 9,973,790**

19       41.    The '790 Patent is titled "Semiconductor Device and Method for Forming the

20   Same."  It was filed in the United States Patent Office on March 13, 2017, and claims priority to

21   a Chinese application filed on December 9, 2016.  The patent includes 6 drawings and 12 claims.

22   Chien-Ting Ho (J.T. Ho) is the first listed inventor on the front page of the '790 Patent.[3]

23       42.    The '790 Patent describes a semiconductor device that includes a substrate

24   including a memory region and a plurality of memory cells formed in the memory region, a

25   plurality of first and second connecting structures, and a plurality of dummy nodes and storage

26

27   _____
     [3] J.T. Ho is also a named inventor on U.S. Patent No. 9,960,167, which is a divisional of the '790 Patent.
     The '167 and '790 Patents have the same priority date (December 9, 2017) and have essentially the same patent
28   specification.  For purposes of brevity, I have limited my discussion to the '790 Patent, but my discussion and
     opinions in connection with the '790 Patent apply equally to the '167 Patent.

nodes.  The dummy nodes are disposed on the first connection structures and the storage nodes are disposed on the second connection structures.  ('790 Patent, at Abstract)

43.     The background section of the '790 Patent identifies the problem that "as memory cells of DRAM become more integrated and miniaturized, fabrication of these elements becomes more difficult."  DRAM integrated circuits include arrays of memory cells with high pattern density, and also include logic devices in the peripheral regions, with a very different pattern density.  The different device densities "between the memory cells and the logic devices further induce process issue."  ('790 Patent at 1:5-50)

44.     The '790 Patent purports to address this problem by disclosing a semiconductor device that includes "a plurality of dummy nodes" respectively disposed on first connecting structures, whereas a plurality of first storage nodes of the regular memory cells are respectively disposed on second connecting structures.  ('790 Patent at Abstract and Claim 1) The connecting structures disclosed in the '790 Patent include a conductive portion and a metal portion, with the conductive portion being sandwiched between the metal portion and the substrate.  According to the '790 Patent, the first connecting structures being electrically connected to the dummy nodes are formed on the substrate of the memory region to increase the pattern density, and solve the process issue induced by different pattern densities.  ('790 Patent at 1:55-2:47) Figure 5 of the '790 Patent illustrates both the first connecting structure and the second connecting structure respectively connecting the dummy nodes or the storage node to the substrate.  ('790 Patent at Fig. 5)  The '790 Patent also describes specific DRAM memory cell manufacturing steps as follows:  A plurality of shallow trench isolation ("STI") structures are formed in the substrate in the memory region and the peripheral region.  Next, a plurality of recesses are formed in the substrate and the STI structures in the memory region.  A dielectric layer is then formed to cover sidewalls and bottoms of the recesses.  Thereafter a buried gate is formed in each recess and followed by forming an insulating layer to seal each recess.  Next, a source/drain region is formed in the substrate at two sides of the buried gates.  ('790 Patent at 3:55-4:3)

45.     Claim 1 of the '790 Patent recites a semiconductor device comprising a substrate having a memory region and a plurality of memory cells, a plurality of first and second

connecting structures, a plurality of first storage nodes and a plurality of dummy nodes.  The first storage nodes are disposed on the second connecting structures and the dummy nodes are disposed on the first connecting structures.  The first and second connecting structures have conducting portions and metal portions but the height of the metal portions is different between the two connecting structures.

46.     The '790 Patent describes the same or very similar process technology as described in Micron's Confidential DRAM Technology that I understand was in UMC's possession.  Like the later-filed '790 Patent, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████, again similar to what was later described in the '790 Patent.

47.     In my opinion, it is highly likely that the disclosures and inventions set forth in the '790 Patent were derived from or based on Micron's Confidential DRAM Technology.  In addition, in order to implement the normal storage node connecting structure and the dummy connecting structure in a manner that addresses the pattern density issue as described in the '790 Patent, the array pattern density in the UMC/Jinhua DRAM technology would need to be final, or close to final, in order to facilitate the observation of any meaningful process issue that

would mirror the real product.  Also given that there is a difference in the step height of metal portions of the connecting structures, it would be reasonable to conclude that the stated benefits of the invention described in the '790 Patent would need to be observable on actual DRAM cells that feature the connecting structures that connect between the DRAM capacitors and the storage nodes of the memory access transistor.  Thus, in order for the UMC/Jinhua inventors to get to a stage in development where they could disclose the detailed DRAM process steps, array formation and connecting structures set forth in the '790 Patent, not only would they have needed completed design rules for their DRAM product, but they would also need mask patterns, mostly completed process modules, and to have actually run the connecting structure formation module to implement the different step heights in the metal portion and in order to quantify any benefits.  In view of the fact that UMC did not have design rules completed until September, 2016 and the priority date of the '790 Patent is December 9, 2016, it is highly unlikely that UMC/Jinhua independently developed the subject matter described in the '790 Patent.

### D.    UMC/Jinhua United States Patent 9,929,162

48.    The '162 Patent is titled "Semiconductor Device and Method for Forming the Same."  It was filed in the United States Patent Office on March 12, 2017, and claims priority to a Chinese application filed on December 22, 2016.  It includes 17 drawings and 18 claims. Chien-Ting Ho (J.T. Ho) is one of the named inventors listed on the front page of the '162 Patent.

49.    The '162 Patent describes a semiconductor device that includes a memory cell region, an isolation mesh, and a plurality of storage node contact plugs that are formed within apertures of the isolation mesh structure as well as a manufacturing method of forming a semiconductor device.  ('162 Patent at Abstract; 1:59 – 2:50)

50.    The '162 Patent makes clear that it is particularly related to DRAM and identifies the problem that "as memory cells of DRAM become more integrated and miniaturized, overlay margin between the contact plugs for providing electrical connection to the storage node and to the bit line is reduced," causing a process issue and resulting in process yield deficiency.  ('162 Patent at 1:15-55; 2:46-50).  The '162 Patent purportedly addresses this problem by disclosing a

17

semiconductor device that includes "at least a memory cell region defined therein, and isolation mesh formed on the substrate and a plurality of storage node contact plugs."  The isolation mesh "includes a plurality of essentially homogeneous dielectric sidewalls and a plurality of first apertures defined by the sidewalls.  The storage node contact plugs are formed in the first apertures…" ('162 Patent at 1:59-2:3).  According to the '162 Patent, because the isolation mesh includes the apertures and the storage node contact plugs are subsequently formed in the apertures, the storage node contact plugs are physically spaced apart and electrically isolated from the bit line contact plugs and the bit lines by a reliably controlled spacing, which provides an improvement in the process yield.  ('162 Patent at 2:36 -2:50)  Figure 7 of the '162 Patent illustrates how the isolation mesh isolates the bit line connections.  The '162 Patent also discloses a specific set of process steps whereby after forming the isolation mesh, the etch stop layer exposed at the bottoms of the apertures is removed to expose the source region of the memory cells .  Subsequently, a storage node contact plug is formed, and the bit lines are physically spaced apart and electrically isolated form the storage nodes by the dielectric sidewalls.  ('162 Patent at 6:5-15)

51.    Claim 1 of the '162 Patent recites a semiconductor device comprising a substrate having a memory cell region and a plurality of memory cells, an isolation mesh having columns and ribs formed of dielectric, and a plurality of storage node contact plugs formed in apertures of the isolation mesh.

52.    The '162 Patent describes the same or very similar process technology as described in Micron's Confidential DRAM Technology that I understand was in UMC's possession, including the ███████████████████
██████████████    Like the later-filed '162 Patent.██████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██ , again similar to what was later described in the '162 Patent.

53.     In my opinion, it is highly likely that the disclosures and inventions set forth in the '162 Patent were derived from or based on Micron's Confidential DRAM Technology.  In addition, the problem the '162 Patent purports to address is an issue that occurs at the back portion of the DRAM memory cell formation as the assurance of electrical connection being provided to the storage node can only be ascertained by measurement between the source node and the storage capacitor.  Thus, in order for the UMC/Jinhua inventors to get to a stage in development where they could disclose the detailed DRAM process steps and structures set forth in the '162 Patent, a fully functional DRAM cell array would likely be required to observe the yield enhancement benefits described in the '162 Patent.  Not only would the UMC/Jinhua inventors have needed completed design rules for their DRAM product, but they would also need to have masks generated that would allow the engineers to optimize the size of the isolation mesh and apertures, both of which would require the layout of the memory cell arrays to be known in order to determine the tight layout dimensions for forming these mesh and apertures as disclosed in the '162 Patent. In view of the fact that UMC did not have design rules completed until September, 2016 and the priority date of the '162 Patent is December 22, 2016, it is highly unlikely that UMC/Jinhua independently developed the subject matter described in the '162 Patent.

E.     **UMC/Jinhua United States Patent 9,859,283**

54.     The '283 Patent is titled "Semiconductor Memory Structure."  It was filed in the United States Patent Office on April 5, 2017, and claims priority to a Chinese application filed on March 7, 2017.  It includes 12 drawings and 18 claims.  Chien-Ting Ho (J.T. Ho) is one of the named inventors listed on the front page of the '283 Patent.

55.     The '283 Patent describes a semiconductor memory structure, and more

particularly a DRAM semiconductor structure, that includes a memory cell region, a peripheral region, and a cell edge region.  The structure also includes a plurality of active regions formed in these regions and at least a dummy bit line formed on the active regions of the cell edge region. ('283 Patent at Abstract; 1:7-10)

56.     In the background section, the '283 Patent identifies the problem that "DRAM includes not only the memory cells that are arranged in array-like manner in the memory region but also other logic devices that are formed in the non-memory/peripheral region," and that "the different device densities between the memory cells and the logic devices further induce process issue." ('283 Patent at 1:47-52)

57.     The '283 Patent purports to address the problems arising from different device densities between the memory cells and the logic devices by including "at least a dummy bit line formed on the active regions in the cell edge region," and this dummy bit line is extended along a "first direction and overlaps at least two active regions along a second direction." ('283 Patent at Abstract and claim 1) The dummy bit line in the cell edge region is described and illustrated in the '283 Patent and also includes contact plugs which include a polysilicon layer and a metal-containing layer . ('283 Patent at Figs. 7A, 7B, and 4:1-10)  The '283 Patent also shows buried word lines running in the vertical direction and a bit line contact placed between two adjacent word lines that are crossing the same cell active area. ('283 Patent at Fig. 1A which shows cell active areas as the pill shape features going diagonally across)

58.     Claim 1 of the '283 Patent recites a substrate, a plurality of active regions, and a dummy bit line formed on the active regions.  More specifically claim 1 recites that the dummy bit line is extended in a first direction and overlaps active regions oriented in a second direction perpendicular to the first direction.  The claim also recites further aspects of the dummy bit lines including a width of the first inner line portion being different from the second inner line portion. ('283 Patent at 7:40-58)

59.     The '283 Patent describes the same or very similar process technology as described in Micron's Confidential DRAM Technology that I understand was in UMC's possession.  Like the later-filed '283 Patent, ███████████████████████████

20

████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████ just as described and claimed as the purported invention in the

'283 Patent.

60.     In my opinion, it is highly likely that the disclosures and purported inventions set forth in the '283 Patent were derived from or based on Micron's Confidential DRAM Technology. In addition, in order for the UMC/Jinhua inventors to get to a stage in development where they could disclose the detailed DRAM process steps and in particular the dummy bit line structures in the '283 Patent, not only would they have needed completed design rules for their DRAM product, but they would also need to have been close to a final pattern density and close to final process steps for producing these structures to make any meaningful decision regarding these techniques. In view of the fact that UMC did not have design rules completed until September, 2016 and the priority date of the '283 Patent is March 7, 2017, it is highly unlikely that UMC/Jinhua independently developed the subject matter described in the '283 Patent.

IV.     **CONCLUSIONS**

61.     Given the substantial similarity and significant overlap between the UMC/Jinhua Patent Filings and Micron's Confidential DRAM Technology, the complexity of the technology involved and that UMC was in possession of significant amounts of Micron's Confidential DRAM Technology from the beginning of UMC's DRAM development continuing through the priority filing dates of the UMC/Jinhua Patent Filings, in my opinion it is highly likely that UMC/Jinhua Patent Filings were derived from and based on Micron's Confidential DRAM

Technology.  Furthermore, based on my 20+ years of memory process integration experience in the semiconductor industry, it is highly unlikely that the purported inventive features and techniques disclosed by the inventors in the UMC/Jinhua Patent Filings are based on independent development that could have been learned and acquired during the short time period between the beginning of UMC's DRAM development and the priority filing dates of the UMC/Jinhua Patent Filings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this *12th* day of August 2018, in *Fremont*, California.

By: _____
David Kuan-Yu Liu, Ph.D.

NAI-1504136938

Liu Decl. ISO Micron's Suppl. Opposition
to UMC's Motion to Dismiss
Case No. 4:17-CV-06932-MMC

# EXHIBIT 1

# DAVID KUAN-YU LIU, Ph.D.

42063 Benbow Drive, Fremont, CA  94539 ● (510) 770-9449 or (510) 579-5029
www.davidkyliu.com  davidkyliu@comcast.net

**PROFESSIONAL PROFILE**
- Technical expert with over 20 years of experience in the development of advanced CMOS devices and process technology, with special emphasis on non-volatile semiconductor memory devices and process technology, and high-voltage semiconductor devices.
- Successful track record in transitioning products from development phase to high-volume manufacturing phase, both as an individual contributor and as manager/director.
- Co-founder of an LLC in the development and licensing of intellectual property with emphasis on embedded flash memory technology.
- Consultant and expert witness for semiconductor intellectual property evaluation and patent litigation, with successful deposition experience.
- Co-founder of a semiconductor memory start-up company (Progressant Technologies, Inc.); participated in its successful sale to Synopsys, Inc.
- Fluent in Mandarin Chinese (native language) and English; over 10 years experience as real-time translator of church sermons and proficient in written translation.


**EDUCATION**
> **Stanford University, Palo Alto, California**
>> Ph.D., Electrical Engineering (1989)
>>> Thesis:  Physics and Technology of Novel Conductivity-Modulated Power MOSFET's
>> M.S., Electrical Engineering (1985)
>>> Coursework in integrated-circuit technology, semiconductor device physics, computer modeling of semiconductor devices and fabrication processes, and solid-state physics
> **University of California, Berkeley, California**
>> B.S., Electrical Engineering (1983)
>>> Certificate of Distinction (awarded annually to the top EECS graduate)


**EXPERT WORK EXPERIENCE:**

| | |
|---|---|
| **Case:** | ***Macronix* vs. Toshiba** |
| Jurisdiction: | Investigation No. 337-TA-1046 |
| | United States International Trade Commission |
| Work Product: | Testifying expert for 2 patents, claim construction analysis, technical tutorial, database viewing for evidence gathering, issuing expert report and expert rebuttal report, deposition taken for 2 patents, issued witness statement and rebuttal witness statement, testified in ITC court on both infringement and invalidity. |
| Nature of Case: | ITC infringement case concerning advanced NAND Flash memory array architecture. |
| Counsel: | Retained by Fish Richardson (Contact: David Barken) |
| Date: | 4/17 – Current |

| | |
|---|---|
| **Case:** | ***Novatek Microelecronics Corp. IPR Petition*** |
| Work Product: | Patent analysis and prior art review toward preparation of IPR petition material and draft of declaration. |
| Counsel: | Retained by Kroub, Silbersher & Kolmykov PLLC  (Contact: Sergey Kolmykov) |
| Date: | 2/17 – 4/17 |

| | |
|---|---|
| **Case:** | ***Taiwan Semiconductor Manufacturing Company IPR Petition*** |
| Work Product: | Patent analysis and prior art review toward preparation of IPR petition material and draft of declaration. |
| Counsel: | Retained by Fish & Richardson (Contact: John Goetz) |
| Date: | 7/15 – 4/17 |

| | |
|---|---|
| **Case:** | **Triune Systems, LLC vs. *Wayne Chen, et al.,*** |
| Jurisdiction: | Cause No. 296-03209-2013, 296 District Court of Collin County, TX |
| | United States International Trade Commission |
| Work Product: | Testifying expert, database viewing, expert report, video-taped testimony |
| Nature of Case: | Defending against trade secret contention. |
| Counsel: | Retained by Gordon & Rees LLP (Contact: Robert Bragalone) |
| Date: | 5/15 – 9/15 |

| | |
|---|---|
| **Case:** | ***Macronix* vs. Spansion** |
| Jurisdiction: | Investigation No. 337-TA-922 |
| | United States International Trade Commission |
| Work Product: | Testifying expert, claim construction analysis, technical tutorial, database viewing for evidence gathering, expert report, expert rebuttal report. |
| Nature of Case: | ITC infringement case concerning Flash memory cell |
| Counsel: | Retained by Fish Richardson (Contact: David Barken) |
| Date: | 9/14 – 1/15 |

| | |
|---|---|
| **Case:** | ***Macronix* vs. Spansion** |
| Jurisdiction: | Investigation No. 337-TA-909 |
| | United States International Trade Commission |
| Work Product: | Database viewing for evidence gathering, support technical content of expert report, support technical content against rebuttal report. |
| Nature of Case: | ITC infringement case concerning Flash memory cell |
| Counsel: | Retained by Winston & Strawn (Contact Michael Murray) |
| Date: | 5/14 – 1/15 |

| | |
|---|---|
| **Case:** | ***Keranos, LLC* v. Analog Devices et. al.** |
| Jurisdiction: | Civil Case No. 2:10-CV-00207 |
| | United States District Court for the Eastern District of Texas |
| Work Product: | Claim Chart Generation and Claim Construction |
| Nature of Case: | Patent infringement case concerning split gate Flash memory cell |
| Counsel: | Retained by Agility IP (Contact Michelle Breit) |
| Date: | 2/09 – 2/14 |

| | |
|---|---|
| **Case:** | **Silicon Storage Technology, Inc. v. *Xicor, LLC*** |
| Jurisdiction: | Civil Case No. CV 10-01515 |
| | United States District Court for the Northern District of California |
| Work Product: | Expert report, and declarations |
| Nature of Case: | Matter concerning United States Reissue Patent RE38,370 on the process of flash memory cell. |
| Counsel: | Retained by Shore Chan Bragalone LLP (Contact Patrick Conroy) |
| Date: | 6/11 – 10/11 |

| | |
|---|---|
| **Case:** | ***Fast Memory Erase, LLC* v. Spansion et.al.** |
| Jurisdiction: | Civil Case No. 3:10CV-481 |
| | United States District Court for the Northern District of Texas |
| Work Product: | Declarations |
| Nature of Case: | Defending Motion for Attorney Fees. |
| Counsel: | Retained by Shore Chan Bragalone LLP (Contact Patrick Conroy) |
| Date: | 2/10 – 6/10 |

| | |
|---|---|
| **Case:** | ***Fast Memory Erase, LLC* v. Spansion et.al.** |
| Jurisdiction: | Civil Case No. 3-08cv0977M |
| | United States District Court for the Northern District of Texas |
| Work Product: | Expert report, declarations, and depositions |
| Nature of Case: | Patent infringement case concerning minimizing source current during erase of Flash memory cell. |
| Counsel: | Retained by Shore Chan Bragalone LLP (Contact Patrick Conroy) |
| Date: | 2/09 – 5/10 |

**EXPERIENCE:**

10/07 to present:   **Technical Consultant**

_Fish & Richardson,_ Serving as a testifying expert for the case of Macronix vs. Toshiba. Case involvement ended in ITC trial testifying for infringement and invalidity. Responsible for reviewing layout database in GDS formation and studying circuit schematics for gathering and reviewing of evidence, both for DI purpose and for infringement purpose.

_Gordon & Rees LLP,_ Served as a testifying expert for trade secret contention case of Triune Systems vs. Wayne Chen, *et al*., Case ended in settlement after summary jury trial. Responsible for gathering and reviewing of evidence, analyzed integrated circuits for technology features, issuing expert report, and video taped jury trial testimony.

_Fish & Richardson,_ Served as a testifying expert for the case of Macronix vs. Spansion. Case ended in settlement. Responsible for gathering and reviewing of evidence, both for DI purpose and for infringement purpose, issuing declaration on claim construction, giving technical tutorial, issuing expert report and expert rebuttal report.

*Winston & Strawn.*  Served as a consulting expert for the case of Macronix vs. Spansion.  Case ended in settlement.  Responsible for gathering and reviewing of evidence, both for DI purpose and for infringement purpose.

*ShoreChanBragalone.*  Served as an expert witness for the case of Intersil vs. SST.  Summary judgment was granted after claim charts and infringement contention were generated.

*Keranos,*  Serving as an expert witness for the case of Keranos, LLC vs. Analog Devices, Inc. et. al.  Overseeing the generation of claim charts and coordinating efforts in reverse engineering work on integrated circuit products.

*ShoreChanBragalone*.  Served as an expert witness and testifying witness for the case of Fast Memory Erase, LLC *vs.* Spansion *et al*. (Performed claim construction, provided deposition testimony, and wrote expert report.)

*RPX Corporation*.  Evaluated flash memory and CMOS image sensor patent portfolios for licensing and acquisition consideration. Assessed qualitative merits of each patent (total 76 patents) and identified potential infringers and potential licensees.  Generated numerous claim charts against potential infringers based on published patents, technical papers and datasheets.

*IBM Corp*.  Reviewed and evaluated IBM's 180nm HV process technology against customer's IP and applications, with a view toward IBM's potential bid for customer's process technology offerings. Assessed process compatibility and outlined gap/overlaps between IBM and customer.

*Law+*.  Worked as a technical expert for the lead attorney on several IP litigation cases in the area of flash memory and CMOS process technology.  Assembled critical evidence to invalidate key patent claims.  Generated claim charts for several patents.

10/07 to 4/11:   **Jonker, LLC**
Inventor and Partner.  Developed an intellectual property (IP) portfolio (7 U.S. patents granted and 3 U.S. patent applications pending) on zero-cost CMOS-logic-compatible embedded flash memory.  Successfully negotiated the acquisition of this IP portfolio by a major semiconductor company.

8/04 to 10/07:   **Maxim Integrated Products, San Jose, California**
Senior Scientist.  Responsible for developing embedded non-volatile memory process technology for battery management products. Duties included supervising the development of integrated process flows at the $0.35\mu m$ and $0.18\mu m$ CMOS technology nodes.  Analyzed and solved process-related reliability issues.

5/00 to 8/04:     **Xilinx, Incorporated, San Jose, California**
<u>Senior Manager</u>.  Responsible for developing non-volatile memory process technology for flash and CPLD products, as well as advanced CMOS process technology (75nm node).  Duties included supervising the development of integrated non-volatile memory process flows at multiple CMOS technology nodes to meet product application requirements.  Analyzed and solved process-related reliability issues.

2/00 to 5/00     **Progressant Technologies, Fremont, California**
<u>Co-Founder.</u>  Facilitated IP development and sale of the company to Synopsys, Inc.

9/98 to 2/00     **Programmable Silicon Solutions, Sunnyvale, California**
<u>Director of Process Engineering</u>.  Responsible for developing a fully logic compatible embedded flash memory technology for WSMC (a semiconductor foundry).  Developed a new integrated process flow to implement a proprietary flash cell in a high-performance logic process, supervised testchip and product tapeout, process optimization, device optimization, and product yield enhancement.  Applied interpersonal skills to align the goals of the foundry technology development group to that of PSS.  Participated in the strategic planning of a technology roadmap and foundry strategy for the company.

9/97 to 9/98     **AMIC Technology, Santa Clara, California**
<u>Director of Flash Technology</u>.  Responsible for developing 0.35μm ETOX-based flash memory technology.  Prepared the business plan and technology roadmap.  Developed a new integrated process flow, supervised testchip and product tapeout, process optimization, device optimization, and product yield enhancement.

5/96 to 9/97     **Altera Corp., San Jose, California**
<u>Device Engineering Manager</u>.  Responsible for technology development, process integration, and foundry interface for 0.35μm generation of logic and EEPROM programmable logic device technology.  Duties included project schedule planning, supervision of testchip and product tapeout, process optimization, and product yield enhancement.

7/95 to 5/96     **Information Storage Devices, San Jose, California**
<u>Technology Development Manager/Program Manager</u>. Led a project team of 10 in technology development, process integration, and first product introduction, with a new foundry.  Duties included project schedule planning, supervision of testchip and product tapeout, process optimization, resolution of sorting issues and yield enhancement.

5/92 to 7/95     **Advanced Micro Devices, Sunnyvale, California**

<u>Member of Technical Staff</u>.   Led the development of low-energy/DINOR-type flash EPROM technology.   Key individual contributor in optimizing the process and design of flash cell and periphery devices in AMD's 0.5μm and 0.35μm flash EPROM technologies.  Duties included process integration, device modeling, and development of triple-well technology and high-voltage transistors for negative gate erase operation.

1/89 to 4/92   **Texas Instruments, Dallas, Texas**
<u>Member of Technical Staff</u>.   Research and development of 16Mb generation of flash EPROM technology, as well as a new generation of antifuse-based FPGAs.  Duties included process integration, device modeling, high-voltage CMOS process integration, and investigation of a novel source-side injection mechanism for EPROM channel hot-electron programming.

**AWARDS/HONORS**
U.C. Berkeley Certificate of Distinction Award, 1983
AEA Faculty Development Fellowship, 1983-1985
AMD Spotlight Award, 1995

**PATENTS**

1. U.S. Patent 5,106,773, "Programmable Gate Array and Methods for Its Fabrication" (with K-L. Chen and H. Tigelaar), issued April 21, 1992.

2. U.S. Patent 5,166,557, "Gate Array with Built-in Programmable Circuitry" (with K.-L. Chen), issued November 24, 1992.

3. U.S. Patent 5,202,576, "Asymmetrical Non-Volatile Memory Cell, Arrays, and Methods for Fabricating the Same" (with M. Wong), issued April 13, 1993.

4. U.S. Patent 5,219,782, "Sublithographic Antifuse and method for Manufacturing" (with K.-L. Chen), issued June 15, 1993.

5. U.S. Patent 5,250,464, "Method of Making a Low Capacitance, Low Resistance Sidewall Antifuse Structure" (with M. Wong), issued October 5, 1993.

6. U.S. Patent 5,264,384, "Method of Making a Non-Volatile Memory Cell" (with C. Kaya), issued November 23, 1993.

7. U.S. Patent 5,300,803, "Source Side Injection Non-volatile Memory Cell," issued April 5, 1994.

8. U.S. Patent 5,365,105, "Sidewall Antifuse Structure and Method for Making," issued November 15, 1994.

9. U.S. Patent 5,371,402, "Low Capacitance, Low Resistance Sidewall Antifuse Structure and Process" (with M. Wong), issued December, 1994

10. U.S. Patent 5,395,797, "Antifuse Structure and Method of Fabrication," issued March 7, 1995.

11. U.S. Patent 5,470,773, "Method of Protecting a Stacked Gate Edge in a Semiconductor Device from Self Aligned Source (SAS) Etch" (with Y. Sun and C. Chang), issued November 28, 1995.

12. U.S. Patent 5,482,880, "Non-Volatile Memory and Fabrication Method," (with C. Kaya), issued January 9 1996.

13. U.S. Patent 5,517,443, "Method and System for Protecting a Stacked Gate Edge in a Semiconductor Device from Self Aligned Source (SAS) Etch in a Semiconductor Device," issued May 14, 1996.

14. U.S. Patent 5,521,867, "Adjustable Threshold Voltage Conversion Circuit" (with Jian Chen), issued May 28, 1996.

15. U.S. Patent 5,534,455, "Method and System for Protecting a Stacked Gate Edge in a Semiconductor Device from Self Aligned Source (SAS) Etch in a Semiconductor Device," issued July 9, 1996.

16. U.S. Patent 5,541,875, "High Energy Buried Layer Implant To Provide A Low Resistance P-Well in A Flash EPROM Array" (with Jian Chen), issued May 28, 1996.

17. U.S. Patent 5,590,076, "Channel Hot-Carrier Page Write," issued December 31, 1996.

18. U.S. Patent 5,596,531, "Method for Decreasing the Discharge Time of A Flash Memory Cell," issued January 21, 1997.

19. U.S. Patent 5,612,914, "Asymmetrical Non-volatile Memory Cell, Arrays and Methods for Fabricating Same" (with Man Wong), issued May 18, 1997.

20. U.S. Patent 5,624,859, "Method for Providing Device Isolation and Off-State Leakage Current for a Semiconductor Device," issued April 29, 1997.

21. U.S. Patent 5,625,220, "Sublithographic Antifuse," (with K.L. Chen), issued April 29, 1997.

22. U.S. Patent 5,646,430, "Non-volatile Memory Cell Having Lightly-Doped Source Region" (with C. Kaya), Issued July 8, 1997.

23. U.S. Patent 5,650,964, "Method of Inhibiting Degradation of Ultra Short Channel Charge-carrying Devices during Discharge," (with Jian Chen), Issued July 22, 1997.

24. U.S. Patent 5,652,155, "Method for Making Semiconductor circuit Including Non-ESD Transistors with Reduced Degradation Due to an Impurity Implant," Issued July 27, 1997.

25. U.S. Patent 5,656,509, "Method and Test Structure for Determining Gouging in a Flash EPROM Cell During SAS Etch," Issued July 29, 1997

26. U.S. Patent 5,661,059, "Boron Penetration to Suppress Short Channel Effect in P-channel Device," Issued August 26, 1997.

27.  U.S. Patent 5,674,764, "Method of Making Asymmetrical Non-volatile Memory Cell," Issued October 7, 1997.

28. U.S. Patent 5,693,972, "Method and System for Protecting a Stacked Gate Edge in a Semiconductor Device from Self-Aligned Source (SAS) Etch in a Semiconductor Device," Issued December 2, 1997.

29. U.S. Patent 5,751,631, "Flash memory cell and a new method for sensing the content of the new memory cell," Issued May 12, 1998

30. U.S.  Patent 5,789,295, "Method of Eliminating or Reducing Poly1 Oxidation at Stacked Gate Edge in Flash EPROM Process," Issued August 4, 1998.

31. U.S. Patent 5,814,854, "Highly scalable FLASH EEPROM cell," Issued September 29, 1998.

32. U.S. Patent 5,814,864, "Semiconductor Circuit Including Non-ESD Transistors with Reduced Degradation Due to an Impurity Implant," Issued September 29, 1998.

33. U.S. Patent 5,912,836, "Circuit for Detecting Both Charge Gain and Charge Loss Properties in a Non-Volatile Memory Array," Issued June 15, 1999.

34. U.S. Patent 5,930,174, "Circuit and Method for Erasing Flash Memory Array," Issued July 27, 1999.

35. U.S. Patent 5,981,994, "Method and Semiconductor circuit for Maintaining Integrity of Field Threshold Voltage Requirements," Issued November 9, 1999.

36. U.S. Patent 5,995,418, "Circuit and Method for Erasing Flash Memory Array," Issued November 30, 1999.

37. U.S. Patent 6,026,017, "Compact nonvolatile memory," Issued February 15, 2000.

38. U.S. Patent 6,027,974, "Nonvolatile memory," Issued February 22, 2000.

39. U.S. Patent 6,088,263, "Non-volatile memory using substrate electrons," Issued July 11, 2000.

40. U.S. Patent 6,091,636, "Flash memory cell and a new method for sensing the content of the new memory cell," Issued July 18, 2000.

41. U.S. Patent 6,127,225, "Memory cell having implanted region formed between select and sense transistors," Issued October 3, 2000.

42. U.S. Patent 6,159,800, "Method of forming memory cell," Issued December 12, 2000.

43. U.S. Patent 6,188,604, "Flash memory cell & array with improved pre-program and erase characteristics," Issued February 13, 2001.

44. U.S. Patent 6,185,133, "Flash EPROM using junction hot hole injection for erase," Issued February 6, 2001.

45. U.S. Patent 6,252,799, "Device with embedded Flash and EERPOM memories," Issued June 26, 2001.

46. U.S. Patent 6,326,265, "Device with Embedded Flash and EPROM Memories," Issued December 4, 2001.

47. U.S. Patent 6,417,550, "High voltage MOS devices with high gated-diode breakdown voltage and punch-through voltage," Issued July 9, 2002.

48. U.S. Patent 6,479,862, "Charge trapping device and method for implementing a transistor having a negative differential resistance mode," Issued November 12, 2002.

49. U.S. Patent 6,512,274, "CMOS-process compatible, tunable NDR (negative differential resistance) device and method of operating same," Issued January 28, 2003.

50. U.S. Patent 6,596,617, "CMOS compatible process for making a tunable negative differential resistance (NDR) device," Issued July 22, 2003.

51. U.S. Patent 6,624,026, "Nonvolatile Memory," Issued September 23, 2003.

52. U.S. Patent 6,680,245, "Method for making both a negative differential resistance (NDR) device and a non-NDR device using a common MOS process," Issued January 20, 2004.

53. U.S. Patent 6,686,631, "Negative differential resistance (NDR) device and method of operating same," Issued February 3, 2004.

54. U.S. Patent 6,693,027, "Method for configuring a device to include a negative differential resistance (NDR) characteristic," Issued February 17, 2004.

55. U.S. Patent 6,700,155, "Charge trapping device and method for implementing a transistor having a configurable threshold," Issued March 2, 2004.

56. U.S. Patent 6,711,063, "EEPROM memory cell array architecture for substantially eliminating leakage," Issued March 23, 2004.

57. U.S. Patent 6,835,979, "Nonvolatile Memory," Issued December 28, 2004.

58. U.S. Patent 6,969,894, "Variable threshold semiconductor device and method of operating same," Issued November 29, 2005.

59. U.S. Patent 6,972,234, "High Voltage MOS Devices with High Gated-Diode Breakdown Voltage and Punch-through Voltage," Issued December 6, 2005.

60. U.S. Patent 6,972,465, "CMOS process compatible, tunable negative differential resistance (NDR) device and method of operating same," Issued December 6, 2005.

61. U.S. Patent 7,067,873, "Charge Trapping Device," Issued June 27, 2006.

62. U.S. Patent 7,091,077, "Method of directionally trimming polysilicon width," Issued August 15, 2006.

63. U.S. Patent 7,109,078, "CMOS compatible process for making a charge trapping device," Issued September 19, 2006.

64. U.S. Patent 7,301,194, "Shrinkable and highly coupled double poly EEPROM with Inverter," Issued November 27, 2007.

65. U.S. Patent 7,436,710, "EEPROM memory device with cell having NMOS in a P pocket as a control gate, PMOS program/erase transistor, and PMOS access transistor in a common well," Issued October 14, 2008.

66. U.S. Patent 7,535,758, "One or Multiple-Times Programming Device," Issued May 19, 2009.

67. U.S. Patent 7,782,668, "Integrated circuit embedded with Non-volatile One-Time-Programmable and Multiple-Time Programmable memory," Issued August 24, 2010.

68. U.S. Patent 7,787,295, "Integrated circuit embedded with Non-volatile Multiple-Time Programmable memory having variable coupling," Issued August 31, 2010.

69. U.S. Patent 7,787,304, "Method of making integrated circuit embedded with Non-volatile One-Time-Programmable and Multiple-Time Programmable memory," Issued August 31, 2010

70. U.S. Patent 7,787,309, "Method of operating integrated circuit embedded with Non-volatile One-Time Programmable and Multiple-Time Programmable memory," Issued August 31, 2010.

71. U.S. Patent 7,791,955, "Method of erasing a block of memory cells," Issued September 7, 2010.

72. U.S. Patent 7,835,184, "EEPROM memory cell with first-dopant-type control gate transistor, and second-dopant type program/erase and access transistors formed in common well," Issued November 16, 2010

73. U.S. Patent 7,835,186,  "Method of programming a selected memory cell," Issued November 16, 2010.

74. U.S. Patent 7,852,672, "Integrated Circuit embedded with Non-Volatile programmable memory having variable coupling," Issued December 14, 2010

75. U.S. Patent 7,876,615, "Method of operating integrated circuit embedded with Non-Volatile programmable memory having variable coupling related application data," Issued January 25, 2011

76. U.S. Patent 7,920,426, "Non-volatile memory programmable through areal capacitive coupling," Issued April 5, 2011

77. U.S. Patent 7,944,750, "Multi-programmable Non-Volatile Memory Cell," Issued May 17, 2011

78. U.S. Patent 8,203,861, "Non-Volatile One-Time Programmable and Multiple-Time Programmable Device," Issued June 19, 2012

79. U.S. Patent 8,208,299, "Integrated Circuit Embedded with Non-Volatile Programmable Memory Having Variable Coupling and Separate Read/Write Paths," Issued June 26, 2012

80. U.S. Patent 8,300,470, "Two Terminal Programmable Hot Channel Electron Non-Volatile Memory," Issued October 30, 2012

81. U.S. Patent 8,305,805, "Common Drain Non-Volatile Multiple-Time Programmable Memory," Issued November 6, 2012

82. U.S. Patent 8,325,519, "Method of Operating Integrated Circuit Embedded with Non-Volatile Programmable Memory having Variable Coupling Ratio," Issued December 4, 2012.

83. U.S. Patent 8,580,622, "Method of Making Integrated Circuit Embedded with Noon-Volatile Programmable Memory having Variable Coupling," Issued November 12, 2013.

84. U.S. Patent 8,582,342, "Non-Volatile One-Time-Programmable and Multiple-Time Programmable Memory Configuration Circuit," Issued November 12, 2013.

85. U.S. Patent 8,599,612, "Method of Operating Integrated Circuit Embedded with Non-Volatile Programmable Memory having Variable Coupling Related Application data," Issued December 3, 2013.

86. U.S. Patent 8,705,263 "Non-Volatile One-Time-Programmable and Multiple-Time Programmable Memory Configuration Circuit," Issued April 22, 2014.

87. U.S. Patent 8,988,103, "Capacitively Coupled Logic Gate," Issued March 24, 2015.

88. U.S. Patent 9,064,192, "Automatic Valid Vote Count Storage using Secure Embedded Non-Volatile Memory," Issued June 23, 2015.

89. U.S. Patent 9,224,739 "Method of Making Integrated Circuit Embedded with Non-Volatile Programmable Memory having Variable Coupling," Issued December 29, 2015.

90. U.S. Patent 9,305,931 "Zero Cost NVM Cell Using High Voltage Devices in Analog Process," Issued April 5, 2016.

91. U.S. Patent 9,324,438 "Method of Operating Incrementally Programmable Non-Volatile Memory," Issued April 26, 2016.

**(additional patent applications pending)**

## PUBLICATIONS

1. S.D. Leeke, D. K. Y. Liu and J. P. McVittie, "Plasma mode trench etching with direct hydrocarbon injection," *Materials Research Society Symposium Proceedings*, Vol. 68, pp. 21-27, 1986.

2. D. K. Y. Liu and J. D. Plummer, "A novel trench-injector power device with low ON-resistance and high switching speed," *IEEE Electron Device Letters*, Vol. 9, No. 7, pp. 321-323, 1988.

3. D. M. Boisvert, D. K. Y. Liu and J. D. Plummer, "Circuit approaches to increasing IGBT switching speed," *IEEE Journal of Solid-State Circuits*, Vol. 23, No. 5, pp. 1276-1279, 1988.

4. D. K. Y. Liu and J. D. Plummer, "Device physics and optimization of conductivity-modulated power MOSFET's," *IEEE Transactions on Electron Devices*, Vol. 35, No. 12, pp. 2457-2458, 1988.

5. D. K. Y. Liu, K.-L. Chen, H. Tigelaar, J. Paterson and S. O. Chen, "Scaled dielectric antifuse structure for field-programmable gate array applications," *IEEE Electron Device Letters*, Vol. 12, No. 4, pp. 151-153, 1991.

6. M. Wong, D. K. Y. Liu, M. M. Moslehi and D. W. Reed, "Preoxidation treatment using HCl/HF vapor," *IEEE Electron Device Letters*, Vol. 12, No. 8, pp. 425-426, 1991.

7. D. K. Y. Liu, C. Kaya, M. Wong, J. Paterson and P. Shah, "Optimization of a source-side injection FAMOS cell for flash EPROM applications," *International Electron Devices Meeting Technical Digest*, pp. 315-318, 1991.

8. K.-L. Chen, D. K. Y. Liu, G. Misium, W. M. Gosney, S.-J. Wang, J. Camp and H. Tigelaar, "A sublithographic antifuse structure for field-programmable gate array applications," *IEEE Electron Device Letters*, Vol. 13, No. 1, pp. 53-55, 1992.

9. K. T. San, C. Kaya, D. K. Y. Liu, T. P. Ma, and P. Shah, "A new technique for determining capacitive coupling coefficients in flash EPROMs," *IEEE Electron Device Letters*, Vol. 13, No. 6, pp. 328-331, 1992.

10. C. Kaya, D. K. Y. Liu, J. Paterson and P. Shah, "Buried source-side injection (BSSI) for flash EPROM programming," *IEEE Electron Device Letters*, Vol. 13, No. 9, pp. 465-467, 1992.

11. M. Wong, D. K. Y. Liu and S. S.-W. Huang, "Analysis of the subthreshold slope and the linear transconductance techniques for the extraction of the capacitance coupling coefficients of floating-gate devices," *IEEE Electron Device Letters*, Vol. 13, No. 11, pp. 566-568, 1992.

12. D. K. Y. Liu and J. D. Plummer, "Design and analysis of a new conductivity-modulated power MOSFET," *IEEE Transactions on Electron Devices*, Vol. 40, No. 2, pp. 428-438, 1993.

13. J. Z. Peng, S. Haddad, H. Fang, C. Chang, S. Longcor, B. Ho, Y. Sun, D. Liu, Y. Tang, J. Hsu, S. Luan, J. Lien, "Flash EPROM endurance simulation using physics-based models," In *International Electron Devices Meeting Technical Digest*, pp. 295-298, 1994.

14. J. Chen, J. Hsu, S. Luan, Y. Tang, D. Liu, S. Haddad, C. Chang, S. Longcor, J. Lien, "Short Channel enhanced degradation during discharge of Flash EEPROM memory Cell," *International Electron Devices Meeting Technical Digest*, pp. 331-334, 1995.

15. V. H. Chan and D. Liu,  "An Enhanced Erase Mechanism During Channel Fowler-Nordheim Tunneling in Flash EPROM Memory Devices," *IEEE Electron Devices Letters,* Vol. 20, No. 3, pp. 140-142, 1999.