IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED MICROELECTRONICS CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-06932-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL**<br><br>Re: Dkt. No. 82 |

Before the Court is defendant's "Administrative Motion to File Materials Under Seal," filed August 27, 2018, and plaintiffs' response thereto. Having read and considered the parties' respective written submissions, the Court rules as follows:

1. With respect to the Supplemental Reply in Support of Motion to Dismiss, the motion to seal is hereby GRANTED as to the following portions thereof and DENIED as to all other portions:

    a. Page 1:20 - 21

    b. Pages 4:27 (beginning with "Micron") - 5:13

    c. Pages 5:20 - 6:3

    d. Page 8:28

    e. Page 10:13 (beginning with "Separately") - 10:15 (ending with "-25")

    f. Pages 10:24 (beginning with "(a)") - 11:5 (ending with "35:23")

    g. Pages 11:16 (beginning with "Chen") - 12:1

    h. Page 12:25 - 27½

    i. Page 13:3 - 4

Defendant is hereby DIRECTED to file in the public record, within seven days of the date of this order, a version of the Supplemental Reply in Support of Motion to

Dismiss in which the portions identified above are redacted.

2. With respect to Exhibit 2 to the Declaration of Mario Moore [Doc. No. 82-5] (hereinafter "Moore Decl."), the motion to seal is hereby GRANTED as to the following portions thereof and DENIED as to all other portions:

    a. Pages 35:21 - 36:21
    b. Pages 37:1 - 38:13
    c. Page 38:16 - 24
    d. Page 44:2 - 16, 20 - 25
    e. Page 45:3 - 12, 20 - 21, 23 - 25
    f. Pages 58:8 - 59:35
    g. Page 67:1 - 25
    h. Page 70:1
    i. Pages 70:20 - 72:1
    j. Page 72:11 - 13
    k. Page 79:4 - 25
    l. Page 80:4 - 8, 18 - 24
    m. Page 105:1 - 6
    n. Pages 106:1 - 107:25

Defendant is hereby DIRECTED to file in the public record, within seven days of the date of this order, a version of Exhibit 2 in which the portions identified above are redacted.

3. With respect to Exhibit 3 to the Moore Decl., the motion is hereby GRANTED as to Pages 99:6 - 102:25 and DENIED as to all other portions.

Defendant is hereby DIRECTED to file in the public record, within seven days of the date of this order, a version of Exhibit 3 in which the portions identified above are redacted.

4. With respect to Exhibit 5 to the Moore Decl., the motion to seal is hereby GRANTED as to the following portions thereof and DENIED as to all other portions:

        a. Page 34:10 - 13

        b. Page 37

        c. Pages 53 - 54

        d. Page 81

Defendant is hereby DIRECTED to file in the public record, within seven days of the date of this order, a version of Exhibit 5 in which the portions identified above are redacted.

    5. With respect to Exhibit 6 to the Moore Decl., the motion to seal is hereby GRANTED as to the following portions thereof and DENIED as to all other portions:

        a. Page 12:4 - 16

        b. Page 15:6 - 19

        c. Pages 33 - 36

        d. Page 53:5 - 25

        e. Page 87:20 - 25

        f. Page 88

Defendant is hereby DIRECTED to file in the public record, within seven days of the date of this order, a version of Exhibit 6 in which the portions identified above are redacted.

    6. To the extent defendant seeks leave to file under seal the entirety of Exhibits 8 and 15 - 22 to the Moore Decl., the motion is hereby GRANTED.

    7. To the extent defendant seeks leave to file under seal Exhibits 1, 4, and 9 to the Moore Decl., the motion is hereby DENIED, the designating party, plaintiff, not having identified any portions therein that are properly filed under seal, and defendant is hereby DIRECTED to file said exhibit in the public record with seven days of the date of this order.

**IT IS SO ORDERED.**

Dated: September 14, 2018

                                                MAXINE M. CHESNEY
                                               United States District Judge