IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED MICROELECTRONICS CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-06932-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT UMC'S MOTION TO DISMISS; CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Before the Court is defendant United Microelectronics Corporation's ("UMC") "Motion to Dismiss for Lack of Personal Jurisdiction," filed February 15, 2018.[1]  Plaintiff Micron Technology, Inc. ("Micron") has filed opposition, to which UMC has replied. Additionally, with leave of court, Micron has filed supplemental opposition and UMC has filed a supplemental reply.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for September 21, 2018.

　　　　In light of the pendency of UMC's motion to dismiss, as well as defendant Fujian Jinhua Integrated Circuit Co., Ltd.'s ("Fujian"), at least to date, not having responded to the complaint,[2] the Case Management Conference is hereby CONTINUED from October

---

　　　　[1]The matter was reassigned to the undersigned on June 13, 2018.

　　　　[2]According to Micron, Fujian was served on August 29, 2018.  (See Certificate of Service, filed September 11, 2018.)

1  12, 2018, to December 14, 2018, at 10:30 a.m.  A Joint Case Management Statement

2  shall be filed no later than December 7, 2018.

3  **IT IS SO ORDERED.**

5  Dated: September 18, 2018

_____
MAXINE M. CHESNEY
United States District Judge