Daniel Johnson Jr. (Bar No. 57409)
Mario Moore (Bar No. 231644)
Robert G. Litts (Bar No. 205984)
DAN JOHNSON LAW GROUP, LLP
400 Oyster Point Blvd., Suite 321
South San Francisco, CA 94080
Telephone: (415) 604-4500
dan@danjohnsonlawgroup.com
mario@danjohnsonlawgroup.com
robert@danjohnsonlawgroup.com

Lyle B. Vander Schaaf (DC Bar No. 422380)
Evi T. Christou (DC Bar No. 1600066)
Fei Hu (DC Bar No. 1016150)
BRINKS GILSON & LIONE
1775 Pennsylvania Ave, NW, Suite 900
Washington, DC 20006
Telephone: (202) 296-8700
lvanderschaaf@brinksgilson.com
echristou@brinksgilson.com
fhu@brinksgilson.com
Appearance *pro hac vice*

Harold V. Johnson (IL Bar No. 6188149)
BRINKS GILSON & LIONE
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
Telephone: (312) 321-4200
hjohnson@brinksgilson.com
Appearance *pro hac vice*

*Attorneys for Specially Appearing Defendant*
Fujian Jinhua Integrated Circuit Co., Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10 <br><br> Defendants. | Case No. 3:17-CV-6932-MMC <br><br> DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-15) <br><br> Judge: Hon. Maxine M. Chesney <br> Courtroom: 7, 19th Floor |

1  TO THE CLERK OF THE ABOVE ENTITLED COURT:

2  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

3  named parties, there is no such interest to report.

6  DATED:  October 2, 2018                    DAN JOHNSON LAW GROUP, LLP

8  By:  /s/ *Daniel Johnson Jr.*
   Daniel Johnson, Jr.

10  *Attorneys for Defendant*
    FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.