IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED MICROELECTRONICS CORPORATION, et al.,<br><br>    Defendants. | Case No. 17-cv-06932-MMC<br><br>**ORDER DENYING STIPULATION TO SHORTEN TIME FOR HEARING PLAINTIFF'S MOTION TO SERVE PROCESS; CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS AND ON PLAINTIFF'S MOTION TO SERVE** |

Before the Court is a stipulation between plaintiff Micron Technology, Inc. ("Micron") and defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua"), titled "Stipulation and [Proposed] Order Shortening Time to Brief and Hear Plaintiff's Motion for Alternative Service of Process," filed October 16, 2018. Having read and considered the stipulation, the Court rules as follows.

As noted in the stipulation, Jinhua has filed a "Motion to Dismiss for Insufficient Process and for Lack of Personal Jurisdiction," which motion is noticed for hearing on November 9, 2018, and Micron has a filed a "Motion to Serve . . . Jinhua . . . by Alternative Means," which motion is noticed for hearing on November 23, 2018. The parties state the two motions are "so interrelated that scheduling a single hearing to address both motions is beneficial to both the Court and the parties" (see Stip. at 1:12-14), and jointly request such single hearing be scheduled for November 9, 2018, which would require Micron's motion to be briefed and heard on shortened time. Although the Court agrees that the two motions should be heard on the same date, the Court finds it

preferable to hear the two motions on November 30, 2018.[1]

Accordingly, the stipulation is hereby DENIED, and the hearings on Jinhua's Motion to Dismiss and Micron's Motion to Serve are hereby CONTINUED to November 30, 2018, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  October 22, 2018

MAXINE M. CHESNEY
United States District Judge

---

[1] November 23, 2018, has been designated an Administrative Leave day, meaning court staff are unavailable on that date.