IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MICRON TECHNOLOGY, INC., | Case No. 17-cv-06932-MMC |
|---|---|
| Plaintiff, | **ORDER RE: CHAMBERS COPIES OF DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO.'S REPLY IN SUPPORT OF MOTION TO DISMISS AND DECLARATION IN SUPPORT THEREOF; DIRECTIONS TO DEFENDANT** |
| v. | |
| UNITED MICROELECTRONICS CORPORATION, et al., | |
| Defendants. | |

On October 23, 2018, defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") electronically filed its "Reply in Support of Motion to Dismiss for Insufficient Process and for Lack of Personal Jurisdiction," as well as a declaration in support thereof.  Thereafter, Jinhua submitted chambers copies of said documents in double-sided format.

To facilitate the Court's review of the issues presented therein, Jinhua is hereby DIRECTED to submit forthwith chambers copies of the above-referenced documents in single-sided format. See Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2 (providing chambers copies of electronically filed documents "shall be submitted . . . in single-sided format.")

**IT IS SO ORDERED.**

Dated: October 29, 2018

MAXINE M. CHESNEY
United States District Judge