United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC., | Case No.  17-cv-06932-MMC |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| UNITED MICROELECTRONICS CORPORATION, et al., | |
| Defendants. | |

In light of defendants' pending motions to dismiss, the Case Management Conference previously scheduled for December 14, 2018, is hereby CONTINUED to March 15, 2019, at 10:30 a.m.  A Joint Case Management Conference Statement shall be filed no later than March 8, 2019.

**IT IS SO ORDERED.**

Dated: December 5, 2018

MAXINE M. CHESNEY
United States District Judge