Randall E. Kay (State Bar No. 149369)
rekay@jonesday.com
Douglas L. Clark (State Bar No. 279408)
dlclark@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121.3134
Telephone:    +1.858.314.1200
Facsimile:    +1.844.345.3178

Patrick T. Michael (State Bar No. 169745)
pmichael@jonesday.com
Marcus S. Quintanilla (State Bar No. 205994)
mquintanilla@jonesday.com
JONES DAY
555 California Street, Suite 2600
San Francisco, CA 94104.1501
Telephone:    +1.415.626.3939
Facsimile:    +1.415.875.5700

Emily M. Whitcher (State Bar No. 321790)
ewhitcher@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-9997
Telephone:    +1.213.489.3939
Facsimile:    +1.213.243.2539

*Attorneys for Plaintiff*
*MICRON TECHNOLOGY, INC.*

Daniel Johnson Jr. (Bar No. 57409)
Mario Moore (Bar No. 231644)
Robert G. Litts (Bar No. 205984)
DAN JOHNSON LAW GROUP, LLP
400 Oyster Point Blvd., Suite 321
South San Francisco, CA 94080
Telephone: +1.415.604.4500
dan@danjohnsonlawgroup.com
mario@danjohnsonlawgroup.com
robert@danjohnsonlawgroup.com

*Attorneys for Defendant*
*UNITED MICROELECTRONICS*
*CORPORATION, and FUJIAN JINHUA*
*INTEGRATED CIRCUIT CO., LTD.*

Lyle B. Vander Schaaf (*pro hac vice*)
Evi T. Christou (*pro hac vice*)
Fei Hu (*pro hac vice*)
BRINKS GILSON & LIONE
1775 Pennsylvania Ave, NW, Suite 900
Washington, DC 20006
Telephone: (202) 296-8700
lvanderschaaf@brinksgilson.com
echristou@brinksgilson.com
fhu@brinksgilson.com

Harold V. Johnson (*pro hac vice*)
BRINKS GILSON & LIONE
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
Telephone: (312) 321-4200
hjohnson@brinksgilson.com
*Attorneys for Defendant*
*FUJIAN JINHUA INTEGRATED*
*CIRCUIT CO., LTD.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br>Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS<br>CORPORATION, et al.,<br>Defendants. | Case No. 3:17-CV-06932-MMC<br><br>**STIPULATION AND [PROPOSED] AMENDMENT TO PROTECTIVE ORDER TO ADD PARTY; ORDER** |

1

1
2
3
4
5
6

IT IS HEREBY STIPULATED by and between Plaintiff Micron Technology, Inc., ("Micron") Defendant United Microelectronics Corporation ("UMC"), and Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") through their respective attorneys of record to amend the current Protective Order (Dkt. 74) for the purposes of adding information related to Jinhua for the Protective Order and updating Exhibit A to the Protective Order.  The Parties stipulate to being bound to the underlying Protective Order and the following amendments to the same:

7

**Change paragraph 2.4 of the Protective Order to read as follows:**

8
9
10

"2.4    <u>Designated Corporate Representative:</u>  The two employees designated by each respective party, who are not involved with competitive decision making, and seek to have access to "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information in this matter.

11
12

(a)    Employees for Micron Technology, Inc.:  Jan Bissey and one more to be named later.

13

(b)    Employees for United Microelectronics Corporation:  To be determined.

14

(c)    Employees for Fujian Jinhua Integrated Circuit Co., Ltd.:  To be determined.

15

**Change paragraph 2.5 of the Protective Order to read as follows:**

16
17

"2.5    <u>Designated House Counsel:</u>  House Counsel who seek access to "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information in this matter.

18
19

(a)    In-house attorneys for Micron Technology, Inc.:  David Ashmore, Esq. and Michael Myers, Esq.

20
21

(b)    In-house attorneys for United Microelectronics Corporation:  Lucas Chang and one other attorney to be named later.

22

(c)    In-house attorneys for Fujian Jinhua Integrated Circuit Co., Ltd.:  To be determined.

23

**Change Exhibit A of the Protective Order to read as follows:**

24
25
26
27
28

STIPULATION AND [PROPOSED] AMENDMENT TO PROTECTIVE ORDER TO ADD PARTY;
ORDER

"**EXHIBIT A**

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of

_____ [print or type full address], declare under penalty of perjury

that I have read in its entirety and understand the Stipulated Protective Order that was issued by the

United States District Court for the Northern District of California on July 5, 2018, as amended on

February __, 2019, in the case of *Micron Technology Inc. v. United Microelectronics Corp. et. al*,

Case No. 3:17-CV-06932-MMC.  I agree to comply with and to be bound by all the terms of this

Stipulated Protective Order and I understand and acknowledge that failure to so comply could

expose me to sanctions and punishment in the nature of contempt.  I solemnly promise that I will

not disclose in any manner any information or item that is subject to this Stipulated Protective

Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the

Northern District of California for the purpose of enforcing the terms of this Stipulated Protective

Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint _____ [print or type full name] of

_____ [print or type full address and telephone number]

as my California agent for service of process in connection with this action or any proceedings

related to enforcement of this Stipulated Protective Order.


Date: _____


City and State where sworn and signed: _____


Printed name: _____


Signature: _____ "

STIPULATION AND [PROPOSED] AMENDMENT TO PROTECTIVE ORDER TO ADD PARTY;
ORDER

1    IT IS SO STIPULATED.

2    Dated: February 11, 2019                  Respectfully submitted,

3                                              **JONES DAY**

4                                              By: _s/ Randall E. Kay_
                                                       Randall E. Kay
5
                                              *Attorneys for Plaintiff*
6                                             *MICRON TECHNOLOGY, INC.*

7                                             **DAN JOHNSON LAW GROUP, LLP**

8                                             By: _s/ Daniel Johnson, Jr._
                                                       Daniel Johnson, Jr.
9
                                              *Attorneys for Defendant*
10                                             *UNITED MICROELECTRONICS*
                                              *CORPORATION, and FUJIAN JINHUA*
11                                            *INTEGRATED CIRCUIT CO., LTD.*

12                                            **BRINKS GILSON & LIONE**

13                                            By: _s/ Lyle B. Vander Schaaf_
                                                       Lyle B. Vander Schaaf
14
                                              *Attorneys for Defendant*
15                                             *FUJIAN JINHUA INTEGRATED CIRCUIT CO.,*
                                              *LTD.*
16

17

18

19

20

21

22

23

24

25

26

27

28                                     4                    3:17-CV-06932-MMC
     STIPULATION AND [PROPOSED] AMENDMENT TO PROTECTIVE ORDER TO ADD PARTY;
                                    ORDER

1

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5.1, of the United States District Court of the Northern District of California, I certify that authorization for the filing of this document has been obtained from the other signatory shown above and that said signatory has authorized placement of his electronic signature on this document.

Dated:  February 11, 2019

*s/ Randall E. Kay*
Randall E. Kay

STIPULATION AND [PROPOSED] AMENDMENT TO PROTECTIVE ORDER TO ADD PARTY;
ORDER

1

**<u>CERTIFICATE OF SERVICE</u>**

2      I hereby certify that a true and correct copy of the above and foregoing document has been

3  served on February 11, 2019 to all counsel of record who are deemed to have consented to

4  electronic service via the Court's CM/ECF system.

5      Executed on February 11, 2019, at San Diego, California.

6

7                                    *s/ Randall E. Kay*
                                   Randall E. Kay

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] AMENDMENT TO PROTECTIVE ORDER TO ADD PARTY;
ORDER

1

**ORDER**

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

DATED: _____

5

_____
The Honorable Maxine M. Chesney
United States District Judge

6

7

NAI_1505815773_1.DOCX

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3:17-CV-06932-MMC

STIPULATION AND [PROPOSED] AMENDMENT TO PROTECTIVE ORDER TO ADD PARTY;
ORDER