1 | Randall E. Kay (State Bar No. 149369) | Daniel Johnson Jr. (Bar No. 57409)
rekay@jonesday.com | Mario Moore (Bar No. 231644)
2 | Douglas L. Clark (State Bar No. 279408) | Robert G. Litts (Bar No. 205984)
dlclark@jonesday.com | DAN JOHNSON LAW GROUP, LLP
3 | JONES DAY | 400 Oyster Point Blvd., Suite 321
4655 Executive Drive, Suite 1500 | South San Francisco, CA 94080
4 | San Diego, CA 92121.3134 | Telephone: +1.415.604.4500
Telephone:    +1.858.314.1200 | dan@danjohnsonlawgroup.com
5 | Facsimile:    +1.844.345.3178 | mario@danjohnsonlawgroup.com
 | robert@danjohnsonlawgroup.com
6 | Patrick T. Michael (State Bar No. 169745)
pmichael@jonesday.com | *Attorneys for Defendant*
7 | Marcus S. Quintanilla (State Bar No. 205994) | UNITED MICROELECTRONICS
mquintanilla@jonesday.com | CORPORATION, and FUJIAN JINHUA
8 | JONES DAY | INTEGRATED CIRCUIT CO., LTD.
555 California Street, Suite 2600
9 | San Francisco, CA 94104.1501 | Lyle B. Vander Schaaf (*pro hac vice*)
Telephone:    +1.415.626.3939 | Evi T. Christou (*pro hac vice*)
10 | Facsimile:    +1.415.875.5700 | Fei Hu (*pro hac vice*)
 | BRINKS GILSON & LIONE
11 | Emily M. Whitcher (State Bar No. 321790) | 1775 Pennsylvania Ave, NW, Suite 900
ewhitcher@jonesday.com | Washington, DC 20006
12 | JONES DAY | Telephone: (202) 296-8700
555 South Flower Street, Fiftieth Floor | lvanderschaaf@brinksgilson.com
13 | Los Angeles, CA 90071-9997 | echristou@brinksgilson.com
Telephone:    +1.213.489.3939 | fhu@brinksgilson.com
14 | Facsimile:    +1.213.243.2539

15 | *Attorneys for Plaintiff*
MICRON TECHNOLOGY, INC. | Harold V. Johnson (*pro hac vice*)
16 |  | BRINKS GILSON & LIONE
 | 455 N. Cityfront Plaza Drive, Suite 3600
17 |  | Chicago, IL 60611
 | Telephone: (312) 321-4200
18 |  | hjohnson@brinksgilson.com
 | *Attorneys for Defendant*
19 |  | FUJIAN JINHUA INTEGRATED
 | CIRCUIT CO., LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| MICRON TECHNOLOGY, INC., | **Case No. 3:17-CV-06932-MMC** |
| Plaintiff, | |
| v. | **STIPULATION AND [~~PROPOSED~~] AMENDMENT TO PROTECTIVE ORDER TO ADD PARTY; ORDER** |
| UNITED MICROELECTRONICS CORPORATION, et al., | |
| Defendants. | |

1                                                                                                  3:17-CV-06932-MMC
STIPULATION AND [PROPOSED] AMENDMENT TO PROTECTIVE ORDER TO ADD PARTY; ORDER

1  IT IS HEREBY STIPULATED by and between Plaintiff Micron Technology, Inc., ("Micron") Defendant United Microelectronics Corporation ("UMC"), and Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") through their respective attorneys of record to amend the current Protective Order (Dkt. 74) for the purposes of adding information related to Jinhua for the Protective Order and updating Exhibit A to the Protective Order.  The Parties stipulate to being bound to the underlying Protective Order and the following amendments to the same:

**Change paragraph 2.4 of the Protective Order to read as follows:**

"2.4  Designated Corporate Representative:  The two employees designated by each respective party, who are not involved with competitive decision making, and seek to have access to "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information in this matter.

(a)  Employees for Micron Technology, Inc.:  Jan Bissey and one more to be named later.

(b)  Employees for United Microelectronics Corporation:  To be determined.

(c)  Employees for Fujian Jinhua Integrated Circuit Co., Ltd.:  To be determined.

**Change paragraph 2.5 of the Protective Order to read as follows:**

"2.5  Designated House Counsel:  House Counsel who seek access to "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information in this matter.

(a)  In-house attorneys for Micron Technology, Inc.:  David Ashmore, Esq. and Michael Myers, Esq.

(b)  In-house attorneys for United Microelectronics Corporation:  Lucas Chang and one other attorney to be named later.

(c)  In-house attorneys for Fujian Jinhua Integrated Circuit Co., Ltd.:  To be determined.

**Change Exhibit A of the Protective Order to read as follows:**

STIPULATION AND [PROPOSED] AMENDMENT TO PROTECTIVE ORDER TO ADD PARTY; ORDER

# "EXHIBIT A

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on July 5, 2018, as amended on February __, 2019, in the case of *Micron Technology Inc. v. United Microelectronics Corp. et. al*, Case No. 3:17-CV-06932-MMC.  I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt.  I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint _____ [print or type full name] of _____ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____"

1   IT IS SO STIPULATED.

2   Dated: February 12, 2019                    Respectfully submitted,

3                                               **JONES DAY**

4                                               By: *s/ Randall E. Kay*
                                                    Randall E. Kay
5
                                                *Attorneys for Plaintiff*
6                                               *MICRON TECHNOLOGY, INC.*

7                                               **DAN JOHNSON LAW GROUP, LLP**

8                                               By: *s/ Daniel Johnson, Jr.*
                                                    Daniel Johnson, Jr.
9
                                                *Attorneys for Defendant*
10                                                UNITED MICROELECTRONICS
                                                  CORPORATION, and FUJIAN JINHUA
11                                                INTEGRATED CIRCUIT CO., LTD.

12                                              **BRINKS GILSON & LIONE**

13                                              By: *s/ Lyle B. Vander Schaaf*
                                                    Lyle B. Vander Schaaf
14
                                                *Attorneys for Defendant*
15                                              FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

16

17

18

19                                              **ORDER**

20         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22
    DATED: February 12, 2019                    _____
23                                              The Honorable Maxine M. Chesney
                                                United States District Judge
24

25

26

27

28                                              4                         3:17-CV-06932-MMC
    STIPULATION AND [PROPOSED] AMENDMENT TO PROTECTIVE ORDER TO ADD PARTY;
                                      ORDER