IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED MICROELECTRONICS CORPORATION, et al., <br><br> Defendants. | Case No. 17-cv-06932-MMC <br><br> **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF FIRST AMENDED COMPLAINT; DIRECTIONS TO PLAINTIFF** <br><br> Re: Dkt. No. 140 |

Before the Court is plaintiff's Administrative Motion, filed February 8, 2019, "to File Under Seal Portions of Plaintiff Micron Technology, Inc.'s First Amended Complaint," by which motion Micron seeks to file under seal material designated confidential by defendant United Microelectronics Corporation and three non-parties. On February 12, 2019, non-party Lam Research Corporation and non-party Applied Materials, Inc. each filed a response, identifying therein the material such entity continues to designate confidential. See Civil L.R. 79-5(e)(1). No other response has been filed. The Court, having read and considered the papers filed in support of and in response to the motion, rules as follows:

1. To the extent the motion seeks to file under seal the entirety of ¶¶ 39, 40, 41, and 45, as well as the first sentences of ¶¶ 43 and 44, of the First Amended Complaint ("FAC"), the motion is hereby GRANTED, good cause for such relief having been shown. See Civil L.R. 79-5(b).

2. In all other respects, the motion is hereby DENIED, the above-referenced portions of the FAC being the only material identified in a response to plaintiff's motion. See Civil L.R. 79-5(e)(2).

Accordingly, plaintiff is hereby DIRECTED to file in the public record, "no earlier than 4 days, and no later than 10 days, after" February 15, 2019, see Civil L.R. 79-5(e)(2), a redacted version of the FAC in conformity with the above rulings.

**IT IS SO ORDERED.**

Dated: February 15, 2019

MAXINE M. CHESNEY
United States District Judge