IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED MICROELECTRONICS CORPORATION, et al., <br><br> Defendants. | Case No. 17-cv-06932-MMC <br><br> **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF OPPOSITION TO MOTION TO DISMISS; DIRECTIONS TO PLAINTIFF** <br><br> Re: Dkt. No. 162 |

Before the Court is plaintiff's Administrative Motion, filed March 8, 2019, "to File Under Seal Portions of Plaintiff Micron Technology, Inc.'s Opposition to Defendant United Microelectronics Corporation's Motion to Dismiss," by which administrative motion plaintiff seeks to file under seal material designated confidential by defendant United Microelectronics Corporation and non-party Applied Materials, Inc.  On March 11, 2019, Applied Materials, Inc. filed a response, identifying therein the material it continues to designate confidential.  See Civil L.R. 79-5(e)(1).  No other response has been filed.  The Court, having read and considered the papers filed in support of and in response to the motion, rules as follows:

1. To the extent the motion seeks to file under seal the following portions of plaintiff's opposition, the motion is hereby GRANTED, good cause for such relief having been shown, see Civil L.R. 79-5(b);

    a. page 5, line 17, the word preceding "placed orders";

    b. page 5, lines 19-20, the sentence preceding "(FAC ¶ 45.)"; and

    c. page 13, lines 11-12, the sentence preceding "(FAC ¶ 45.)".

//

1    2.  In all other respects, the motion is hereby DENIED, the above-referenced portions of the opposition being the only material identified in a response to plaintiff's motion.  See Civil L.R. 79-5(e)(2).

Accordingly, plaintiff is hereby DIRECTED to file in the public record, no earlier than 4 days, and no later than 10 days, after March 15, 2019, see Civil L.R. 79-5(e)(2), a redacted version of its opposition in conformity with the above rulings.

**IT IS SO ORDERED.**

Dated: March 15, 2019

MAXINE M. CHESNEY
United States District Judge