IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED MICROELECTRONICS CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-06932-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT UNITED MICROELECTRONICS CORPORATION'S ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL; DIRECTIONS TO DEFENDANT** |

Before the Court is defendant United Microelectronics Corporation's ("UMC") "Administrative Motion to File Materials Under Seal," filed March 15, 2019, whereby UMC seeks leave to file under seal material it has designated confidential, as well as material designated confidential by plaintiff and by certain non-parties. On March 18, 2019, non-party Applied Materials, Inc. filed a response, identifying therein the material it continues to designate confidential, and, on March 19, 2019, plaintiff Micron Technology, Inc. filed a response, identifying therein the material it continues to designate confidential. See Civil L.R. 79-5(e)(1). The Court, having read and considered the papers filed in support of and in response to the motion, rules as follows:

　　1. With respect to Exhibit D to the Declaration of Mario Moore, the motion is DENIED, the designating party, plaintiff, not having identified any portion it asserts is properly filed under seal.

　　UMC is hereby DIRECTED to file Exhibit D in the public record, within seven days of the date of this order.

　　2. With respect to the Declaration of John Berg, the motion is hereby GRANTED as to the following portions thereof and DENIED as to all other portions:

   a. all portions identified in ¶ 3 of the Declaration of Jan Bissey, filed March 19, 2019;

   b. Page 22, line 10 through Page 24, line 28; and

   c. Page 25, lines 1-2 (text within quotation marks only)

UMC is hereby DIRECTED to file in the public record, within seven days of the date of this order, a redacted version of the Declaration of John Berg.

  3. With respect to Exhibits 19 and 20 to the Declaration of Robert Litts, the motion is GRANTED.

**IT IS SO ORDERED.**

Dated: March 21, 2019

                  /s/ Maxine M. Chesney
                  MAXINE M. CHESNEY
                  United States District Judge