United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br>　　　　Plaintiff,<br>　　v.<br>UNITED MICROELECTRONICS CORPORATION, et al.,<br>　　　　Defendants. | Case No. 17-cv-06932-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 4, 5, AND 6 TO CLARK DECLARATION; DIRECTIONS TO PLAINTIFF**<br><br>Re: Dkt. No. 184 |

Before the Court is plaintiff's "Administrative Motion to File Under Seal," filed March 28, 2019, whereby plaintiff seeks leave to file under seal three exhibits designated as confidential by non-parties to the above-titled action. Non-party Applied Materials, Inc. has filed a response, identifying therein the material it continues to designate confidential; no other party or non-party has filed a response. The Court, having read and considered the papers filed in support of and in response to the motion, rules as follows:

　　1. With respect to Exhibit 4 to the Declaration of Douglas L. Clark, filed March 28, 2019, the motion is hereby GRANTED as to the following portions thereof and DENIED as to all other portions:

　　　　a. Page 1 – the email address beginning with "Wayne"; the names and titles under "Oct 24"; and the names and titles under "Oct 25"

　　　　b. Page 2 – the names and titles above "Best regards"; the email address after "To"; and the email address beginning with Wayne

　　　　c. Page 3 – the text after "draft agenda here" and before "4. Logistic"; and the two telephone numbers.

//

2. With respect to Exhibits 5 and 6 to Declaration of Douglas L. Clark, the motion is hereby DENIED, no responsive declaration having been filed by the designating party or parties. See Civil L.R. 79-5(e).

3. Plaintiff is hereby DIRECTED to file in the public record, no earlier than 4 days and no later than 10 days after April 3, 2019, see Civil L.R. 79-5(e)(2), a revised redacted version of the Declaration of Douglas L. Clark in conformity with the above rulings.

**IT IS SO ORDERED.**

Dated: April 3, 2019

MAXINE M. CHESNEY
United States District Judge