IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br>     Plaintiff, <br>   v. <br> UNITED MICROELECTRONICS CORPORATION, et al., <br>     Defendants. | Case No. 17-cv-06932-MMC <br><br> **ORDER VACATING HEARING ON DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINT** |

Before the Court are two motions: (1) defendant United Microelectronics Corporation's Motion, filed February 22, 2019, "to Dismiss Plaintiff Micron Technology, Inc's First Amended Complaint"; and (2) defendant Fujian Jinhua Integrated Circuit Co., Ltd.'s Motion, filed March 14, 2019, "to Dismiss First Amended Complaint." The motions have been fully briefed. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for determination on the parties' respective written submissions, and VACATES the hearing scheduled for April 19, 2019.

**IT IS SO ORDERED.**

Dated: April 16, 2019

                                              MAXINE M. CHESNEY <br>
                                              United States District Judge