| | |
|---|---|
| 1 | Daniel Johnson Jr. (Bar No. 57409) |
|   | Mario Moore (Bar No. 231644) |
| 2 | Robert G. Litts (Bar No. 205984) |
|   | DAN JOHNSON LAW GROUP, LLP |
| 3 | 400 Oyster Point Blvd., Suite 321 |
|   | South San Francisco, CA 94080 |
| 4 | Telephone: (415) 604-4500 |
|   | dan@danjohnsonlawgroup.com |
| 5 | mario@danjohnsonlawgroup.com |
|   | robert@danjohnsonlawgroup.com |

*Attorneys for Defendant*
United Microelectronics Corporation

Lyle B. Vander Schaaf (DC Bar No. 422380)
Evi T. Christou (DC Bar No. 1600066)
Fei Hu (DC Bar No. 1016150)
BRINKS GILSON & LIONE
1775 Pennsylvania Ave, NW, Suite 900
Washington, DC 20006
Telephone: (202) 296-8700
lvanderschaaf@brinksgilson.com
echristou@brinksgilson.com
fhu@brinksgilson.com
Appearance *pro hac vice*

Harold V. Johnson (IL Bar No. 6188149)
BRINKS GILSON & LIONE
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
Telephone: (312) 321-4200
hjohnson@brinksgilson.com
Appearance *pro hac vice*

*Attorneys for Defendant*
Fujian Jinhua Integrated Circuit Co., Ltd.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC., | Case No. 3:17-CV-06932-MMC |
| Plaintiff, | RE-NOTICE OF MOTION TO STAY CIVIL ACTION PENDING RESOLUTION OF CRIMINAL PROCEEDINGS (ECF NO. 204) |
| v. | |
| UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10, | Judge: Hon. Maxine M. Chesney<br>Courtroom: 7 – 19th Floor<br>Hearing date: July 5, 2019<br>Hearing time: 9:00 a.m. |
| Defendants. | FAC Filed: February 8, 2019 |

RE-NOTICE OF MOTION
TO STAY CIVIL ACTION                                        CASE NO. 3:17-CV-06932-MMC

**RE-NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on July 5, 2019, at 9:00 a.m. or as soon thereafter as counsel may be heard, in Courtroom 7 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, Defendants United Microelectronics Corporation ("UMC") and Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") (collectively "Defendants") will and hereby do move this Court for an order staying this civil action as against Defendants pending resolution of the indictment and attendant criminal proceeding at United States v. United Microelectronics Corporation, et al., CR 18-465-LHK-SVK (N.D. Cal.).

Respectfully submitted,

Dated: May 24, 2019        DAN JOHNSON LAW GROUP LLP

   /s/ Mario Moore
Mario Moore

*Attorneys for Defendant*
UNITED MICROELECTRONICS CORPORATION

Dated: May 24, 2019        BRINKS GILSON & LIONE

   /s/ Lyle B. Vander Schaaf
Lyle B. Vander Schaaf

*Attorneys for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, of the United States District Court of the Northern District of California, I certify that authorization for the filing of this document has been obtained from the other signatory shown above and that said signatory has authorized placement of his electronic signature on this document.

Dated: May 24, 2019

/s/ *Mario Moore*
Mario Moore