Randall E. Kay (State Bar No. 149369)
rekay@jonesday.com
Douglas L. Clark (State Bar No. 279408)
dlclark@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA  92121.3134
Telephone:    +1.858.314.1200
Facsimile:     +1.844.345.3178

Marcus S. Quintanilla (State Bar No. 205994)
mquintanilla@jonesday.com
JONES DAY
555 California Street, Suite 2600
San Francisco, CA 94104.1501
Telephone:    +1.415.626.3939
Facsimile:     +1.415.875.5700

*Attorneys for Plaintiff*
*MICRON TECHNOLOGY, INC.*

Daniel Johnson Jr. (Bar No. 57409)
Mario Moore (Bar No. 231644)
Robert G. Litts (Bar No. 205984)
DAN JOHNSON LAW GROUP, LLP
400 Oyster Point Blvd., Suite 321
South San Francisco, CA 94080
Telephone: +1.415.604.4500
dan@danjohnsonlawgroup.com
mario@danjohnsonlawgroup.com
robert@danjohnsonlawgroup.com

*Attorneys for Defendant*
 *UNITED MICROELECTRONICS*
 *CORPORATION, and FUJIAN JINHUA*
 *INTEGRATED CIRCUIT CO., LTD.*

Lyle B. Vander Schaaf (*pro hac vice*)
Evi T. Christou (*pro hac vice*)
Fei Hu (*pro hac vice*)
BRINKS GILSON & LIONE
1775 Pennsylvania Ave, NW, Suite 900
Washington, DC 20006
Telephone: (202) 296-8700
lvanderschaaf@brinksgilson.com
echristou@brinksgilson.com
fhu@brinksgilson.com

Harold V. Johnson (*pro hac vice*)
BRINKS GILSON & LIONE
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
Telephone: (312) 321-4200
hjohnson@brinksgilson.com
*Attorneys for Defendant*
 *FUJIAN JINHUA INTEGRATED*
 *CIRCUIT CO., LTD.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br>Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS<br>CORPORATION, et al.,<br>Defendants. | Case No. 3:17-CV-06932-MMC<br><br>**STIPULATION AND [PROPOSED] AMENDMENT TO PROTECTIVE ORDER TO INCLUDE ADR PERSONNEL; ORDER** |

1   IT IS HEREBY STIPULATED by and between Plaintiff Micron Technology, Inc.,

2 ("Micron") Defendant United Microelectronics Corporation ("UMC"), and Defendant Fujian Jinhua

3 Integrated Circuit Co., Ltd. ("Jinhua") through their respective attorneys of record to amend the

4 current Protective Order (Dkt. 74) for the purposes of adding Alternate Dispute Resolution neutrals

5 and their staff to the persons who may receive disclosure of "Highly Confidential – Attorneys Eyes

6 Only" and "Confidential" Information under the Protective Order.   The Parties stipulate to the

7 following amendments:

8   **Add to paragraph 7.2 of the Protective Order:**

9   "(i) agreed upon Alternate Dispute Resolution neutrals and their staff, including

10 Hon. Wayne D. Brazil (Ret.) of JAMS."

11   **Add to paragraph 7.3 of the Protective Order:**

12   "(i) agreed upon Alternate Dispute Resolution neutrals and their staff, including

13 Hon. Wayne D. Brazil (Ret.) of JAMS."

14   IT IS SO STIPULATED.

15 Dated:  June 10, 2019    Respectfully submitted,

16        **JONES DAY**

17        By: _s/ Randall E. Kay_
18          Randall E. Kay
         *Attorneys for Plaintiff*
19        *MICRON TECHNOLOGY, INC.*

20        **DAN JOHNSON LAW GROUP, LLP**

21        By: _s/ Daniel Johnson, Jr._
          Daniel Johnson, Jr.
22        *Attorneys for Defendant*
         *UNITED MICROELECTRONICS*
23         *CORPORATION, and FUJIAN JINHUA*
         *INTEGRATED CIRCUIT CO., LTD.*

24        **BRINKS GILSON & LIONE**

25        By: _s/ Lyle B. Vander Schaaf_
26          Lyle B. Vander Schaaf
        *Attorneys for Defendant*
27        *FUJIAN JINHUA INTEGRATED CIRCUIT CO.,*
        *LTD.*

28

STIPULATION AND [PROPOSED] AMENDMENT TO PROTECTIVE ORDER TO ADD ADR
NEUTRALS; ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5.1, of the United States District Court of the Northern District of California, I certify that authorization for the filing of this document has been obtained from the other signatory shown above and that said signatory has authorized placement of his electronic signature on this document.

Dated:  June 10, 2019

*s/ Randall E. Kay*
Randall E. Kay

STIPULATION AND [PROPOSED] AMENDMENT TO PROTECTIVE ORDER TO ADD ADR
NEUTRALS; ORDER

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on June 10, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Executed on June 10, 2019, at San Diego, California.

*s/ Randall E. Kay*
Randall E. Kay

STIPULATION AND [PROPOSED] AMENDMENT TO PROTECTIVE ORDER TO ADD ADR
NEUTRALS; ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  _____

_____
The Honorable Maxine M. Chesney
United States District Judge