IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED MICROELECTRONICS CORPORATION, et al.,<br><br>    Defendants. | Case No. 17-cv-06932-MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO STAY; CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

    In light of the Court's calendar, the hearing on defendants' motion to stay the above-titled action, presently scheduled for hearing on July 5, 2019, is hereby CONTINUED to July 12, 2019, at 9:00 a.m.

    Further, given the pendency of the motion to stay, the hearing on defendants' respective motions to dismiss, each presently noticed for hearing on July 12, 2019, are hereby CONTINUED to August 2, 2019, at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated: June 21, 2019

                                                MAXINE M. CHESNEY
                                                United States District Judge