Daniel Johnson Jr. (Bar No. 57409)
Mario Moore (Bar No. 231644)
Robert G. Litts (Bar No. 205984)
DAN JOHNSON LAW GROUP, LLP
1350 Old Bayshore Highway, Suite 520
Burlingame, CA 94010
Telephone: (415) 604-4500
dan@danjohnsonlawgroup.com
mario@danjohnsonlawgroup.com
robert@danjohnsonlawgroup.com

Attorneys for Defendant
UNITED MICROELECTRONICS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10, <br><br> Defendants. | Case No. 3:17-CV-6932-MMC <br><br> **DECLARATION OF YI-HSIU CHEN IN SUPPORT OF UNITED MICROELECTRONIC CORPORATION'S OPPOSITION TO PLAINTIFF MICRON TECHNOLOGY, INC.'S MOTION TO LIFT STAY** <br><br> Date: January 8, 2021 <br> Time: 9:00 a.m. <br> Judge: Hon. Maxine M. Chesney <br> Courtroom: 7, 19th Floor |

I, Yi-hsiu Chen, hereby declare as follows:

1. I, Yi-hsiu Chen, am Senior Manager, Legal Affairs at United Microelectronics Corporation ("UMC").

2. Since July 8, 1992, I have been a licensed attorney in Taiwan. My practice has included trial and appellate work in court throughout Taiwan.

3. I hold a Bachelor of Law Degree from National Taiwan University, and an LLM degree from Duke University School of Law.

4. Since June 2019, I have been representing UMC as in-house counsel, working with UMC's outside counsel in UMC's defense with respect to the criminal matter pending before the Taichung District Court. UMC is a named defendant in that matter.

5. In addition to UMC, the following individuals are defendants in the criminal case in the Taichung District Court: J.T. Ho, Kenny Wang, and L.T. Rong.

6. In my role as in-house counsel and a legal representative for UMC, I personally attended the criminal court hearings in Taichung, Taiwan from November 2019 to April 2020.

7. On June 12, 2020, the Taichung District Court issued its trial decision. The Court convicted UMC, J.T. Ho, Kenny Wang, and L.T. Rong.

8. UMC and individual defendants J.T. Ho, Kenny Wang, and L.T. Rong (all of whom are named as co-conspirators in Micron's U.S. civil lawsuit Second Amended Complaint against UMC) have appealed. I have been involved in UMC's efforts to appeal the Taichung District Court's decision.

9. In addition to UMC's appeal, the appeals by Mr. Wang, Mr. Ho, and Mr. Rong remain pending.

10. Separately, I am familiar with UMC's interactions with Fujian Jinhua Integrated Circuit Company ("Jinhua"). After Jinhua was listed on the U.S. Department of Commerce Entity List in November 2018, UMC refrained from any further technical cooperation or technical development work with Jinhua.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 18th day of December 2020, in Hsinchu, Taiwan.

_____
Yi-hsiu Chen

-3-
YI-HSIU CHEN DECL ISO UMC'S OPPOSITION          CASE NO. 3:17-CV-06932-MMC
TO MICRON'S MOTION TO LIFT STAY