1  Daniel Johnson Jr. (Bar No. 57409)
   Mario Moore (Bar No. 231644)
2  DAN JOHNSON LAW GROUP, LLP
   400 Oyster Point Blvd., Suite 321
3  South San Francisco, CA 94080
   Telephone: (415)604-4500
4  dan@danjohnsonlawgroup.com
   mario@danjohnsonlawgroup.com
5

6  Harold V. Johnson (IL Bar No. 6188149)
   BRINKS GILSON & LIONE
7  455 N. Cityfront Plaza Drive, Suite 3600
   Chicago, IL 60611
8  Telephone: (312) 321-4200
   hjohnson@brinksgilson.com
9  Appearance *pro hac vice*

10
   Lyle B. Vander Schaaf (DC Bar No. 422380)
11 Fei Hu (DC Bar No. 1016150)
   BRINKS GILSON & LIONE
12 1775 Pennsylvania Ave, NW, Suite 900
   Washington, DC 20006
13 Telephone: (202) 296-8700
   lvanderschaaf@brinksgilson.com
14 echristou@brinksgilson.com
   fhu@brinksgilson.com
15 Appearance *pro hac vice*

16

17 *Attorneys for Specially Appearing Defendant*
   Fujian Jinhua Integrated Circuit Co., Ltd.
18

19              **UNITED STATES DISTRICT COURT**

20              **NORTHERN DISTRICT OF CALIFORNIA**

21                            Case No. 3:17-cv-6932-MMC

22 MICRON TECHNOLOGY, INC.,        **DECLARATION OF FEI HU IN SUPPORT OF**
                                   **DEFENDANT FUJIAN JINHUA INTEGRATED**
23        Plaintiff,               **CIRCUIT CO., LTD.'S OPPOSITION TO**
                                   **PLAINTIFF MICRON TECHNOLOGY, INC.'S**
24     v.                          **MOTION TO LIFT STAY**

25 UNITED MICROELECTRONICS         Judge: Honorable Maxine M. Chesney
   CORPORATION, FUJIAN JINHUA      Courtroom: 07, 19th Floor
26 INTEGRATED CIRCUIT CO.,         Hearing Date: 1/8/2020
   LTD., and DOES 1-10             Hearing Time: 09:00 AM
27
          Defendants.
28

       I, Fei Hu, hereby declare as follows:

                                        Fei Hu Declaration in Support of
                                              Jinhua's Opposition
                                        Case No. 3:17-cv-6932-MMC

1.     I am an attorney at the law firm of Brinks Gilson & Lione ("BGL"), and counsel of record for Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua") in the above-captioned case.

2.     I am a member in good standing of The District of Columbia Bar and I am admitted to appear on behalf of Jinhua before this Court *Pro Hac Vice*. I offer this Declaration based on personal knowledge and, if called upon to do so, could testify competently regarding the facts stated herein.

3.     During December 9-17, 2020, I searched the Internet and located the following documents:

    a.   Ex. FH 1 *U.S. Semiconductor Exports to China: Current Policies and Trends*, CSET Issue Brief, October 2020, available at: https://cset.georgetown.edu/wp-content/uploads/U.S.-Semiconductor-Exports-to-China-Current-Policies-and-Trends.pdf, last visited Dec. 17, 2020;

    b.   Ex. FH 2 *Taiwan's UMC freezes ties with Chinese firm in response to US sanctions*, Taiwan News, November 1, 2018, available at: https://www.taiwannews.com.tw/en/news/3565841, last visited Dec. 17, 2020;

    c.   Ex. FH 4 *Micron bets on Xi'an plant for accolades*, China Daily, Apr. 16, 2020, available at: https://www.chinadaily.com.cn/a/202004/16/WS5e97bde2a3105d50a3d169b4.html, last visited Dec. 17, 2020;

    d.   Ex. FH 5 *Micron says emerging Chinese rivals pose no threat – for now*, Nikkei Asia, October 7, 2020, available at: https://asia.nikkei.com/Editor-s-Picks/Interview/Micron-says-emerging-Chinese-rivals-pose-no-threat-for-now, last visited Dec. 17, 2020;

    e.   Ex. FH 11 *Experience is more important than money: Micron does not believe in the imminent success of Chinese memory manufacturers and is not afraid of competition with them*, 4Your Daily, October 2020, available at: https://4youdaily.com/ram-modules-memory-cards-flash-drives-card-readers/experience-is-more-important-than-money-micron-does-not-believe-in-

the-imminent-success-of-chinese-memory-manufacturers-and-is-not-afraid-of-
competition-with-them/, last visited Dec. 17, 2020;

f.   Ex. FH 6 *Memory Technology and Overall Trends in the Semiconductor Industry*,
Semicon   Taiwan,   Dr.   Handel   H.   Jones,   available   at:
https://www.semicontaiwan.org/en/sites/semicontaiwan.org/files/data16/docs/To
pic%203-%20Handel%20Jones-0816.pdf, last visited Dec. 17, 2020;

g.   Ex. FH 7 *DRAM, NAND and Emerging Memory Technology Trends and
Developments in 2019*, Semiconductor Digest, Sept. 13, 2019, available at:
https://www.semiconductor-digest.com/2019/09/13/dram-nand-and-emerging-
memory-technology-trends-and-developments-in-2019/, last visited Dec. 17,
2020; and

h.   Ex. I *Attorney General Jeff Sessions Announces New Initiative to Combat Chinese
Economic Espionage*, Department of Justice, November 1, 2018, available at:
https://www.justice.gov/opa/speech/attorney-general-jeff-sessions-announces-
new-initiative-combat-chinese-economic-espionage, last visited Dec. 17, 2020

I declare under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States
that the foregoing is true and correct to the best of my knowledge and belief.

Executed this _18_ day of December, 2020 in Shenzhen, China.

FEI HU