Daniel Johnson Jr. (Bar No. 57409)
Mario Moore (Bar No. 231644)
DAN JOHNSON LAW GROUP, LLP
400 Oyster Point Blvd., Suite 321
South San Francisco, CA 94080
Telephone: (415)604-4500
dan@danjohnsonlawgroup.com
mario@danjohnsonlawgroup.com

Harold V. Johnson (IL Bar No. 6188149)
BRINKS GILSON & LIONE
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
Telephone: (312) 321-4200
hjohnson@brinksgilson.com
Appearance pro hac vice

Lyle B. Vander Schaaf (DC Bar No. 422380)
Fei Hu (DC Bar No. 1016150)
BRINKS GILSON & LIONE
1775 Pennsylvania Avenue, Suite 900
Washington, D.C. 20006
Telephone: (202) 296-8700
lvanderschaaf@brinksgilson.com
Appearance pro hac vice

*Attorneys for Specially Appearing Defendant*
Fujian Jinhua Integrated Circuit Co., Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10 <br><br> Defendants. | Case No. 3:17-cv-6932-MMC <br><br> **DECLARATION OF JINFU ZHENG IN SUPPORT OF DEFENDANT FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.'S OPPOSITION TO PLAINTIFF MICRON TECHNOLOGY, INC.'S MOTION TO LIFT STAY** <br><br> Judge: Honorable Maxine M. Chesney <br> Courtroom: 07, 19th Floor <br> Hearing Date: 1/8/2021 <br> Hearing Time: 09:00 AM |

I, Jinfu Zheng, hereby declare as follows:

1. I am over twenty-one (21) years of age. I am a citizen of the People's Republic of China ("PRC" or "Mainland China"). I have personal knowledge of and am fully competent to testify to the matters herein.

2. I am the Assistant President of Defendant Fujian Jinhua Integrated Circuit Co., Ltd. ("Jinhua"). I offer this Declaration in support of Jinhua's Opposition to Plaintiff Micron Technology, Inc.'s ("Micron") Motion to Lift Stay.

3. Jinhua has circulated a document hold notice internally to preserve all relevant documents.

4. All the Jinhua document hold notice recipients have read and acknowledged receipt of the hold notice and their evidence preservation responsibilities.

5. To the best of my knowledge, no evidence has been intentionally or inadvertently destroyed.

6. All of Jinhua's suppliers subjected to the Export Administration Regulations ("EAR"), including Applied Materials, Inc., KLA-Tencor Corporation and Lam Research Corporation, have ceased working with Jinhua since Jinhua was put on the "Entity List" on October 30, 2018.

7. Jinhua has not received any research and development support from United Micro electronics Corporation ("UMC") since October 31, 2018.

8. Jinhua has never transferred any information relating to its DRAM technology to any third parties, including any Chinese government agencies or officials or any other Chinese companies, including DRAM manufacturers, after October 30, 2018.

I declare under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 18th day of December, 2020 in Jinjiang City, Fujian Province, China.

_____
JINFU ZHENG