YAN GE (SBN 236566)
geyan@cn.kwm.com
KING & WOOD MALLESONS LLP
535 Middlefield Rd., Suite 245
Menlo Park, CA 94025
Telephone: (650) 858-1285
Facsimile: (650) 858-1226

*Attorney for Defendant*
FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED MICROELECTRONICS CORPORATION, et al.,<br><br>    Defendants. | Case No. 3:17-cv-06932-MMC<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Yan Ge of King & Wood Mallesons LLP, who is admitted to practice before this Honorable Court, hereby enters her appearance as counsel for the Defendant Fujian Jinhua Integrated Circuit Co., Ltd. in the above-captioned matter. Please serve copies of all pleadings and other papers on Yan Ge at the following address:

> Yan Ge
> geyan@cn.kwm.com
> KING & WOOD MALLESONS LLP
> 535 Middlefield Rd., Suite 245
> Menlo Park, CA 94025
> Telephone: (650) 858-1285.

Dated: June 30, 2021

Respectfully submitted,

*/s/ Yan Ge*
_____
Yan Ge
King & Wood Mallesons LLP

*Attorney for Defendant*
Fujian Jinhua Integrated Circuit Co., Ltd.