1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICRON TECHNOLOGY, INC.,

Plaintiff,

v.

UNITED MICROELECTRONICS
CORPORATION, et al.,

Defendants.

Case No.  17-cv-06932-MMC

**ORDER RE: STIPULATION OF
DISMISSAL WITH PREJUDICE AS TO
UNITED MICROELECTRONICS
CORPORATION; DIRECTIONS TO
PARTIES**

Before the Court is a "Stipulation for Dismissal With Prejudice as to United Microelectronics Corporation Only," jointly filed December 6, 2021, by Micron Technology, Inc. ("Micron") and United Microelectronics Corporation ("UMC").

In said filing, Micron and UMC state they have agreed to dismissal of the above-titled action with prejudice as to UMC only, in light of a Settlement Agreement, and request that the Court "retain jurisdiction over UMC to enforce the Settlement Agreement and this Stipulation between Micron and UMC." (See Stipulation at 1:8-9.)  Micron and UMC have not, however, submitted a copy of the Settlement Agreement and, in the absence thereof, the Court declines to retain jurisdiction for the purpose proposed.

Accordingly, Micron and UMC are hereby DIRECTED to submit, no later than December 17, 2021, a copy of the Settlement Agreement, or, in the alternative, a revised stipulation without a request for the retention of jurisdiction.

**IT IS SO ORDERED.**

Dated: December 6, 2021

MAXINE M. CHESNEY
United States District Judge