Randall E. Kay (State Bar No. 149369)
rekay@jonesday.com
Douglas L. Clark (State Bar No. 279408)
dlclark@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA  92121.3134
Telephone:     +1.858.314.1200
Facsimile:      +1.844.345.3178

Marcus S. Quintanilla (State Bar No. 205994)
mquintanilla@jonesday.com
JONES DAY
555 California Street, Suite 2600
San Francisco, CA 94104.1501
Telephone:     +1.415.626.3939
Facsimile:      +1.415.875.5700

Attorneys for Plaintiff
MICRON TECHNOLOGY, INC.

Daniel Johnson, Jr. (State Bar No. 57409)
dan@danjohnsonlawgroup.com
Mario Moore (State Bar No. 231644)
mario@danjohnsonlawgroup.com
Dan Johnson Law Group, LLP
1350 Old Bayshore Highway, Suite 520
Burlingame, CA 94010
Telephone: +1.415.604.4500

Attorneys for Defendant
UNITED MICROELECTRONICS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 3:17-CV-06932-MMC<br><br>[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE SETTLEMENT AGREEMENT BETWEEN MICRON TECHNOLOGY, INC. AND UNITED MICROELECTRONICS CORPORATION ; DIRECTIONS TO PARTIES |

Having considered the Joint Administrative Motion to File under Seal Portions of the Settlement Agreement between Plaintiff Micron Technology, Inc. ("Micron") and Defendant United Microelectronics Corporation ("UMC"), the supporting Declarations of Michael L. Myers and Mario Moore, and the following document:

| DOCUMENT | PORTION |
|---|---|
| Settlement Agreement between Micron and UMC entered into as of November 25, 2021 with exhibits ("Settlement Agreement") | Highlighted portions of Settlement Agreement, including certain highlighted terms/definitions of Article I, highlighted portions of Sections 2.1 through 2.6; 3.1 through 3.9; 4.1 through 4.2; 5.1 through 5.4; 5.9 through 5.11; 5.14; and Exhibits 7 through 10. |

IT IS HEREBY ORDERED THAT: the Parties' Joint Administrative Motion is GRANTED. The Clerk of Court shall ~~file under seal the portions of~~ ^retain under seal^ the Settlement Agreement. ~~identified above.~~

IT IS FURTHER ORDERED THAT, no later than January 10, 2022, the parties shall file in the public record a redacted version of Exhibit 1 to the Declaration of Michael L. Myers.

Dated: January 3, 2022        By: *Maxine M. Chesney*
                                  The Honorable Maxine M. Chesney

1

[Proposed] Order Granting
Joint Admin. Motion to Seal
Case No. 3:17-CV-06932-MMC