1  Randall E. Kay (State Bar No. 149369)
   rekay@jonesday.com
2  Douglas L. Clark (State Bar No. 279408)
   dlclark@jonesday.com
3  JONES DAY
   4655 Executive Drive, Suite 1500
4  San Diego, CA  92121.3134
   Telephone:   +1.858.314.1200
5
   Marcus S. Quintanilla (State Bar No. 205994)
6  mquintanilla@jonesday.com
   JONES DAY
7  555 California Street, Suite 2600
   San Francisco, CA 94104.1501
8  Telephone:   +1.415.626.3939

9  Attorneys for Plaintiff
   MICRON TECHNOLOGY, INC.
10
   Daniel Johnson, Jr. (State Bar No. 57409)
11 Dan@danjohnsonlawgroup.com
   Mario Moore (State Bar No. 231644)
12 Mario@danjohnsonlawgroup.com
   Dan Johnson Law Group, LLP
13 1350 Old Bayshore Highway, Suite 520
   Burlingame, CA 94010
14 Telephone:   +1.415.604.4500

15 Attorneys for Defendant
   UNITED MICROELECTRONICS CORPORATION
16

17                 **UNITED STATES DISTRICT COURT**

18                 **NORTHERN DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| 20 MICRON TECHNOLOGY, INC., | **Case No. 3:17-CV-06932-MMC** |
| 21        Plaintiff, | ~~[PROPOSED]~~ **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO UNITED MICROELECTRONICS CORPORATION ONLY** |
| 22     v. | |
| 23 UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10, | Judge: Hon. Maxine M. Chesney |
| 26       Defendants. | |

27

28

                                                                        Case No. 3:17-CV-06932-MMC
[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF UMC ONLY

Pursuant to the stipulation of Micron Technology, Inc. ("Micron") and United Microelectronics Corporation ("UMC") and Federal Rule of Civil Procedure 41(a)(2), and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The Court grants the stipulation of dismissal with prejudice as to UMC ONLY and expressly retains jurisdiction over UMC for the sole purpose of enforcing the Settlement Agreement between Micron and UMC and resolving any disputes that may arise between Micron and UMC relating to the Settlement Agreement.

2. Micron and UMC shall each bear its own attorneys' fees and costs incurred herein.

**IT IS SO ORDERED.**

Dated: January 3, 2022

_____
HON. MAXINE M. CHESNEY
United States District Court Judge