Randall E. Kay (State Bar No. 149369)
rekay@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA  92121.3134
Telephone:     +1.858.314.1200
Facsimile:     +1.844.345.3178

Marcus S. Quintanilla (State Bar No. 205994)
mquintanilla@jonesday.com
JONES DAY
555 California Street, Suite 2600
San Francisco, CA 94104.1501
Telephone:     +1.415.626.3939
Facsimile:     +1.415.875.5700

Attorneys for Plaintiff
MICRON TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10,<br><br>  Defendants. | Case No. 3:17-CV-06932-MMC<br><br>**NOTICE OF CHANGE IN COUNSEL** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 5-1(c)(2)(C), Douglas L. Clark is hereby withdrawing as counsel of record for plaintiff, MICRON TECHNOLOGY, INC., in the above-captioned matter and should no longer receive electronic notification of filings or other communications regarding this matter. The aforementioned plaintiff remains represented by counsel of record at Jones Day, and this notice does not affect that representation.

Dated: January 9, 2023                                  JONES DAY


                                                        By: */s/ Douglas L. Clark*
                                                            Douglas L. Clark

                                                        Attorneys for Plaintiff MICRON
                                                        TECHNOLOGY, INC.