Randall E. Kay (State Bar No. 149369)
rekay@jonesday.com
Douglas L. Clark (State Bar No. 279408)
dlclark@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA  92121.3134
Telephone:     +1.858.314.1200
Facsimile:     +1.844.345.3178

Marcus S. Quintanilla (State Bar No. 205994)
Marcus.Quintanilla@MSQGDR.com
715 47th Avenue
San Francisco, CA 94121
Telephone:     +1.949.689.1081

Attorneys for Plaintiff
MICRON TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED MICROELECTRONICS CORPORATION, FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., and DOES 1-10,<br><br>        Defendants. | Case No. 3:17-CV-06932-MMC<br><br>**NOTICE OF FIRM AFFILIATION CHANGE AND CHANGE OF ADDRESS** |

1   PLEASE TAKE NOTICE and update your records to reflect the new firm affiliation and

2   contact information for Marcus Quintanilla, effective January 10, 2023, as follows:

3   Marcus Salvato Quintanilla, Esquire
    715 47th Avenue
4   San Francisco, California  94121
    Direct Telephone: 1.949.689.1081
5

6   Randall E. Kay of Jones Day remains lead counsel for plaintiff, Micron Technology, Inc.

7   This notice does not affect that representation.

8   Dated:  January 10, 2023                    JONES DAY

9

10                                              By:  /s/ Marcus S. Quintanilla
                                                     Marcus S. Quintanilla
11
                                                Attorneys for Plaintiff
12                                              MICRON TECHNOLOGY, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FIRM AFFILIATION AND CHANGE OF ADDRESS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, the foregoing document was filed and served electronically via the CM/EDF system.

Dated: January 10, 2023.

/s/ Marcus S. Quintanilla_____
Marcus S. Quintanilla
(State Bar No. 205994)
Attorneys for Plaintiff
MICRON TECHNOLOGY, INC.

NAI-1534793382v1